1   KEKER & VAN NEST, LLP
     ELLIOT R. PETERS (State Bar No. 158708)
2   RACHAEL E. MENY (State Bar No. 178514)
     SHANA N. STANTON (State Bar No. 217689)
3   QUYEN L. TA (State Bar No. 229956)
     710 Sansome Street
4   San Francisco, CA  94111-1704
     Telephone:     (415) 391-5400
5   Facsimile:     (415) 397-7188

6   Attorneys for Defendants
     ROMULUS S. PEREIRA
7   ROBERT B. STANTON

8

9

10

11                 UNITED STATES DISTRICT COURT

12     NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

13

14   SECURITIES AND EXCHANGE        Case No. 06-CV-06384-CRB
     COMMISSION,
15                          **APPENDIX OF AUTHORITIES NOT**
                  Plaintiff,    **PUBLISHED IN WEST REPORTERS**
16                          **AND CITED IN DEFENDANTS**
                          **ROMULUS S. PEREIRA'S AND ROBERT**
17     v.                     **B. STANTON'S MEMORANDUM OF**
                          **POINTS AND AUTHORITIES IN**
18   ROMULUS S. PEREIRA, ROBERT B.   **SUPPORT OF MOTION TO DISMISS**
     STANTON, L. JOHN KERN, ANDREW D. **AND MOTION TO STRIKE**
     FELDMAN, WILLIAM F. MCFARLAND,
19   LORI H. CORNMESSER,
20                          Date:      January 19, 2007
                  Defendant.   Time:     10:00 a.m.
21                          Courtroom: 8
                           Judge:    The Honorable Charles R. Breyer

22

23

24

25

26

27

28

1

**CASES**

2

**Tab**

3    *SEC v. Autocorp Equities, Inc.,*
        2004 WL 1771608 (D.Utah Aug. 4, 2004) ...........................................................................1
4

5    *SEC v. Dauplaise,*
        2006 WL 449175 (M.D. Fla. Feb. 22, 2006) .....................................................................2
6

7    *SEC v. Morris,*
        2005 WL 2000665 (S.D. Tex. Aug. 18, 2005) .....................................................................3

8

**OTHER AUTHORITY**

9

10   *In re Weeks, et al.,*
        SEC Release NO. 1999, 2002 WL 169185 (Feb. 4, 2002) ..................................................4

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPENDIX OF AUTHORITIES NOT PUBLISHED IN WEST REPORTERS
CASE NO. 06-CV-0684-CRB

385926.01