1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS (State Bar No. 158708)
2  RACHAEL E. MENY (State Bar No. 178514)
   SHANA N. STANTON (State Bar No. 217689)
3  QUYEN L. TA (State Bar No. 229956)
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendants
   ROMULUS S. PEREIRA
7  ROBERT B. STANTON

8

9

10

11                    UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

13

| 14 | SECURITIES AND EXCHANGE COMMISSION, | Case No. 06-CV-06384-CRB |
|---|---|---|
| 15 | | **[PROPOSED] ORDER GRANTING DEFENDANTS ROMULUS S. PEREIRA'S AND ROBERT B. STANTON'S MOTION TO DISMISS; ORDER GRANTING MOTION TO STRIKE** |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | ROMULUS S. PEREIRA, ROBERT B. STANTON, L. JOHN KERN, ANDREW D. FELDMAN, WILLIAM F. MCFARLAND, LORI H. CORNMESSER, | Date:       January 19, 2007 |
| 19 | | Time:       10:00 a.m. Courtroom: 8 |
| 20 | Defendant. | Judge:      The Honorable Charles R. Breyer |

21

22

23

24

25

26

27

28

1 **[PROPOSED] ORDER**

2 The Court has reviewed Mr. Pereira's and Mr. Stanton's Motion to Dismiss the Securities
3 and Exchange Commission's ("SEC") Complaint for Relief pursuant to Rules 9(b) of the Federal
4 Rules of Civil Procedure, their Motion to Strike pursuant to 12(f) of the Federal Rules of Civil
5 Procedure, the related papers filed, any opposition thereto, and the oral argument of counsel for
6 Mr. Pereira and Mr. Stanton and the SEC who appeared on January 19, 2007.

7 For good cause shown, the Court hereby GRANTS Mr. Pereira's and Mr. Stanton's
8 Motion to Dismiss without leave to amend.

9 For good cause shown, the Court hereby GRANTS Mr. Pereira's and Mr. Stanton's
10 Motion to Strike.

11 IT IS SO ORDERED.

13 Dated: _____, 2007

14 Honorable Charles R. Breyer
United States District Court Judge