| | |
|---|---|
| 1 | DAVID J. SCHINDLER (CA Bar No. 130490) |
| | david.schindler@lw.com |
| 2 | ROBERT W. PERRIN (CA Bar No. 194485) |
| | robert.perrin@lw.com |
| 3 | TERRI L. LILLEY (CA Bar No. 222764) |
| | terri.lilley@lw.com |
| 4 | Attorneys for Defendant Andrew Feldman |
| | LATHAM & WATKINS LLP |
| 5 | 633 W. Fifth Street, Suite 4000 |
| | Los Angeles, CA 90071-2007 |
| 6 | Telephone: (213) 485-1234 |
| | Fax: (213) 891-8763 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:06-cv-06384-CRB |
| Plaintiff, | |
| v. | STIPULATION ENLARGING TIME FOR DEFENDANT ANDREW FELDMAN TO RESPOND TO COMPLAINT |
| ROMULUS S. PEREIRA, et al. | |
| Defendants. | |

WHEREAS: Defendant Andrew Feldman has requested an enlargement of time to respond to the Complaint of Plaintiff Securities and Exchange Commission ("SEC"); and

WHEREAS: The SEC has no objection to Mr. Feldman's request;

IT IS HEREBY STIPULATED that Defendant Andrew Feldman shall file his initial response to the Complaint on or before December 19, 2006.

DATED: December 8, 2006.

For the Securities and Exchange Commission:     For Andrew Feldman

 s/Leslie J. Hughes                              s/David J. Schindler
Leslie J. Hughes, Esq. (Colo. 15043)            David J. Schindler, Esq.
SECURITIES & EXCHANGE COMMISSION                LATHAM & WATKINS
1801 California Street, Suite 1500              633 West Fifth, Suite 4000
Denver, CO 80202-2656                           Los Angeles, CA 90071-2007
Telephone: (303) 844-1000                       Telephone: (213) 485-1234
Fax: (303) 844-1068                             Fax: (213) 891-8763

IT IS SO ORDERED
Judge Charles R. Breyer
December 12, 2006

LA\1662385.2