DAVID J. SCHINDLER (CA Bar No. 130490)
david.schindler@lw.com
ROBERT W. PERRIN (CA Bar No. 194485)
robert.perrin@lw.com
TERRI L. LILLEY (CA Bar No. 222764)
terri.lilley@lw.com
Attorneys for Defendant Andrew Feldman
LATHAM & WATKINS LLP
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Fax: (213) 891-8763

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ROMULUS S. PEREIRA, et al.<br><br>    Defendants. | Case No. 3:06-CV-06384-CRB<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S CLAIMS AGAINST DEFENDANT ANDREW FELDMAN**<br><br>Date:  February 16, 2007<br>Time:  10:00 a.m.<br>Courtroom:  8<br>Judge:  Honorable Charles R. Breyer |

| | |
|---|---|
| 1 | <u>[Proposed] ORDER</u> |

On December 19, 2006, Defendant Andrew D. Feldman moved this Court to dismiss Claims for Relief I, II, III, IV, and VI as stated against him in this action pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). This Court has considered the Motion, the submissions of the parties, and the arguments of counsel for Mr. Feldman and the SEC both of whom appeared before this Court on February 16, 2007.

After due deliberation and for good cause shown, this Court GRANTS Mr. Feldman's Motion to Dismiss all Claims for Relief against him without leave to amend.

IT IS SO ORDERED

Dated: _____, 2007    _____
                                                                                            Honorable Charles R. Breyer
                                                                                            United States District Judge