LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov )
LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202-2656
Telephone: (303) 844-1000
Fax: (303) 844-1068

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>PEREIRA, et al.<br><br>               Defendants. | Case No. 3:06-CV-06384 CRB<br><br>**STIPULATION CONTINUING HEARING DATE ON MOTION TO DISMISS OF DEFENDANTS PEREIRA AND STANTON AND PROPOSED ORDER**<br><br>New Date: February 16, 2007<br>Time: 10:00 am<br>Courtroom: 8<br>Judge: Hon. Charles R. Breyer |

      Pursuant to Civil Local Rules 6-2, 7-7(a), and 7-12, Plaintiff Securities and Exchange Commission and Defendants Romulus Pereira and Robert Stanton stipulate that the original hearing date on the Defendants' Motion to Dismiss, which was set for January 19, 2007, is continued to February 16, 2007. Plaintiff's opposition to the motion was originally due on December 29, 2006 during a week when plaintiff's counsel will be on vacation. Plaintiff has requested the continuance prior to the date when the original opposition is due and Defendants have agreed.

Notice Changing Hearing Date on Pereira & Stanton Motion to Dismiss
Case No. 06-CV-06384 CRB

The parties also agree that the Plaintiff will file its opposition to the motion by January 19, 2007, and the Defendants Pereira and Stanton will file their reply by February 2, 2007.

DATED: December 20, 2006

Respectfully submitted,

s/ Leslie J. Hughes
Leslie J. Hughes, Esq. (Colo. 15043)
Attorney for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202-2656
Telephone (303) 844-1000
Fax      (303) 844-1068

By: s/Quyen L. Ta
    Quyen L. Ta
    KEKER & VAN NEST
    710 Sansome Street
    San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
    Facsimile: (415) 397-7188

    Attorneys for Defendants
    ROMULUS S. PEREIRA
    ROBERT B. STANTON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Charles R. Breyer
United States District Judge