1  LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov )
   LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )
2  Attorneys for Plaintiff
3  U.S. Securities and Exchange Commission
   1801 California Street, Suite 1500
4  Denver, Colorado 80202-2656
   Telephone:  (303) 844-1000
5  Fax: (303) 844-1068

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9              SAN FRANCISCO DIVISION

10 ————————————————————————

11 SECURITIES AND EXCHANGE           Case No. 3:06-CV-06384 CRB
   COMMISSION,
12                                   **STIPULATION CONTINUING**
                        Plaintiff,   **HEARING DATE ON MOTION TO**
13
14                                   **DISMISS OF DEFENDANTS**
   PEREIRA, et al.                   **PEREIRA AND STANTON**
15
                        Defendants.  **AND PROPOSED ORDER**
16
17                                   New Date:  February 16, 2007

18                                   Time:   10:00 am

19                                   Courtroom: 8

20 ————————————————————————          Judge: Hon. Charles R. Breyer

21

22        Pursuant to Civil Local Rules 6-2, 7-7(a), and 7-12, Plaintiff Securities and Exchange

23 Commission and Defendants Romulus Pereira and Robert Stanton stipulate that the original

24 hearing date on the Defendants' Motion to Dismiss, which was set for January 19, 2007, is

25 continued to February 16, 2007.   Plaintiff's opposition to the motion was originally due on

26 December 29, 2006 during a week when plaintiff's counsel will be on vacation.  Plaintiff has

27 requested the continuance prior to the date when the original opposition is due and Defendants

28 have agreed.

Notice Changing Hearing Date on Pereira & Stanton Motion to Dismiss
Case No. 06-CV-06384 CRB

1      The parties also agree that the Plaintiff will file its opposition to the motion by January

2 19, 2007, and the Defendants Pereira and Stanton will file their reply by February 2, 2007.

3      DATED:  December 20, 2006

4                                Respectfully submitted,

5

6

7                          s/ Leslie J. Hughes

                         Leslie J. Hughes, Esq. (Colo. 15043)

8                          Attorney for Plaintiff

                         Securities and Exchange Commission

9                          1801 California Street, Suite 1500

                         Denver, CO  80202-2656

10                          Telephone (303) 844-1000

11                          Fax       (303) 844-1068

12

13                        By: s/Quyen L. Ta

14                            Quyen L. Ta

                           KEKER & VAN NEST

15                            710 Sansome Street

                           San Francisco, CA 94111-1704

16                            Telephone: (415) 391-5400

                           Facsimile:  (415) 397-7188

17

18                            Attorneys for Defendants

                           ROMULUS S. PEREIRA

19                            ROBERT B. STANTON

20      PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22

23

24                      _____

                     Charles R. Breyer

25                      United States District

26

27                December 21, 2006

28

                                  2