COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (wfreeman@cooley.com)
NEAL J. STEPHENS (152071) (nstephens@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:      (650) 843-5000
Facsimile:       (650) 857-0663

Attorneys for Defendant
L. John Kern

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROMULUS S. PEREIRA, ROBERT B. STANTON, L. JOHN KERN, ANDREW D. FELDMAN, WILLIAM F. McFARLAND, LORI H. CORNMESSER,<br><br>Defendants. | Case No. 3-06-CV-06384 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING THE FILING OF THE FIRST AMENDED ANSWER OF L. JOHN KERN AND WITHDRAWING PLAINTIFF'S MOTION TO STRIKE AS TO DEFENDANT KERN** |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Civil Local Rules 7-7 and 10.1, counsel for plaintiff Securities and Exchange Commission (the "SEC") and counsel for defendant L. John Kern ("Kern") jointly submit the following stipulation ("Stipulation") permitting Kern to file the First Amended Answer of L. John Kern attached hereto as Exhibit A ("Amended Answer") and withdrawing the SEC's motion to strike certain affirmative defenses set forth in Kern's original answer ("Answer").

**WHEREAS,** Kern filed his Answer to the SEC's Complaint on December 11, 2006;

**WHEREAS,** the parties thereafter commenced to meet and confer regarding the propriety of certain affirmative defenses set forth in the Answer;

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

624730 v1/HN

STIPULATION RE AMENDED ANSWER OF KERN
CASE NO. 3-06-CV-06384 (CRB)

1  **WHEREAS,** on December 20, 2006, the SEC filed its Motion To Strike Affirmative Defenses of Defendants Kern, McFarland, and Cornmesser ("Motion To Strike");

3  **WHEREAS,** the Motion To Strike is scheduled to be heard by the Court on February 16, 2007, at 10:00 a.m.;

5  **WHEREAS,** in the interests of judicial economy and avoiding the burden and expense of further briefing on the Motion To Strike, and without admitting that any affirmative defense included in the Answer is improper or otherwise lacks merit in any way, Kern is prepared to amend his Answer by filing the Amended Answer attached hereto as Exhibit A;

9  **WHEREAS**, the SEC stipulates and agrees that Kern should be permitted to file the Amended Answer, that the filing thereof will moot the Motion To Strike as to Kern, and that the Motion To Strike should therefore be withdrawn as to Kern upon the filing of the Amended Answer;

13  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto through their respective attorneys of record, that:

15  **1.**  Kern shall file the Amended Answer on or before January 19, 2007;

16  **2.**  Upon the filing of the Amended Answer, the SEC's Motion To Strike shall be deemed withdrawn as to Kern; and

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

624730 v1/HN     2.     **STIPULATION RE AMENDED ANSWER OF KERN**
**CASE NO. 3-06-CV-06384 (CRB)**

**3.** The Motion To Strike as it pertains to certain affirmative defenses set forth in the answers of defendants McFarland and Cornmesser is not affected by this Stipulation.

Dated: January 11, 2007

SECURITIES AND EXCHANGE COMMISSION
LESLIE J. HUGHES (CO Bar No. 15043)
LEE C. ROBINSON (CO Bar No. 32734)

/s/
Leslie J. Hughes
Attorneys for Plaintiff
U.S. Securities and Exchange Commission

Dated: January 11, 2007

COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002)
NEAL J. STEPHENS (152071)
ANGELA L. DUNNING (212047)

/s/
Neal J. Stephens
Attorneys for Defendant
L. John Kern

**IT IS SO ORDERED.**

Dated: January 12, 2007

HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

624730 v1/HN

3.

STIPULATION RE AMENDED ANSWER OF KERN
CASE NO. 3-06-CV-06384 (CRB)