DAVID PRIEBE (State Bar No. 148679)
david.priebe@dlapiper.com
DAVID BANIE (State Bar No. 217924)
david.banie@dlapiper.com
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

NICOLAS MORGAN (State Bar No. 166441)
nicolas.morgan@dlapiper.com
**DLA PIPER US LLP**
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6022
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendant WILLIAM F. McFARLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>ROMULUS S. PEREIRA, ROBERT B. STANTON, L. JOHN KERN, ANDREW D. FELDMAN, WILLIAM F. MCFARLAND, LORI H. CORNMESSER,<br><br>*Defendants*. | CASE NO. C 06-6384 CRB<br><br>**[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES OF DEFENDANTS KERN, MCFARLAND, AND CORMESSER**<br><br>Date: February 16, 2007<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Hon. Charles R. Breyer |

Upon consideration of Plaintiff Securities and Exchange Commission's Motion to Strike Affirmative Defenses of Defendants Kern, McFarland, and Cormesser (the "Motion"), the opposition to such motion by Defendant William F. McFarland, and the arguments of the parties at hearing, IT IS HEREBY ORDERED as follows:

1.   The Motion is DENIED as to Mr. McFarland's Second and Fourth Affirmative Defenses.

2. The Motion is unopposed, and hence is GRANTED, as to Mr. McFarland's Tenth Affirmative Defense.

IT IS SO ORDERED.

Dated: _____, 2007

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE