1  DAVID J. SCHINDLER (CA Bar No. 130490)
   david.schindler@lw.com
2  ROBERT W. PERRIN (CA Bar No. 194485)
   robert.perrin@lw.com
3  TERRI L. LILLEY (CA Bar No. 222764)
   terri.lilley@lw.com
4  Attorneys for Defendant Andrew Feldman
   LATHAM & WATKINS LLP
5  633 W. Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
6  Telephone: (213) 485-1234
   Fax: (213) 891-8763
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 | SECURITIES AND EXCHANGE          | Case No. 3:06-cv-06384-CRB
   | COMMISSION,
12
   |      Plaintiff,
13
   |      v.                          | STIPULATION ENLARGING TIME FOR
14 |                                  | DEFENDANT ANDREW FELDMAN TO FILE
   | ROMULUS S. PEREIRA, et al.       | A REPLY IN SUPPORT OF HIS MOTION TO
15 |                                  | DISMISS; PROPOSED ORDER
   |      Defendants.
16

17         WHEREAS: Defendant Andrew Feldman seeks an enlargement of time to file a Reply in

18 support of his Motion to Dismiss, which Motion is set for hearing on February 16, 2007; and

19         WHEREAS: The SEC has no objection to Mr. Feldman's request;

20         IT IS HEREBY STIPULATED that, with leave of the Court, Defendant Andrew Feldman

21 shall file a Reply, if any, in support of his Motion to Dismiss on or before February 6, 2007.

22         DATED:  January 30, 2007.

23 For the Securities and Exchange Commission:     For Andrew Feldman

24   s/Leslie J. Hughes                             s/David J. Schindler

25 Leslie J. Hughes, Esq. (Colo. 15043)           David J. Schindler, Esq.
   SECURITIES & EXCHANGE COMMISSION               LATHAM & WATKINS
26 1801 California Street, Suite 1500              633 West Fifth, Suite 4000
   Denver, CO 80202-2656                          Los Angeles, CA  90071-2007
27 Telephone:  (303) 844-1000                     Telephone:  (213) 485-1234
   Fax:  (303) 844-1068                           Fax:  (213) 891-8763
28

1                                           [Proposed] ORDER

On December 19, 2006, Defendant Andrew D. Feldman moved this Court to dismiss Claims for Relief I, II, III, IV, and VI as stated against him in this action pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), which motion is set for hearing before this Court on February 16, 2007.  On January 30, 2007, Mr. Feldman and the SEC have jointly stipulated to an enlargement of time for Mr. Feldman to Reply to the SEC's Opposition to Mr. Feldman's motion.

After due deliberation and based on the stipulation of the parties, this Court ORDERS that Mr. Feldman's Reply, if any, in support of his Motion to Dismiss shall be filed on or before February 6, 2007.


IT IS SO ORDERED


Dated: _January 31_____, 2007              _____

                                          Honorable Charles R. Breyer
                                          United States District J



2