1  DAVID J. SCHINDLER (CA Bar No. 130490)
   david.schindler@lw.com
2  ROBERT W. PERRIN (CA Bar No. 194485)
   robert.perrin@lw.com
3  TERRI L. LILLEY (CA Bar No. 222764)
   terri.lilley@lw.com
4  Attorneys for Defendant Andrew Feldman
   LATHAM & WATKINS LLP
5  633 W. Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
6  Telephone: (213) 485-1234
   Fax: (213) 891-8763

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROMULUS S. PEREIRA, et al.<br><br>Defendants. | Case No. 3:06-CV-06384-CRB<br><br>**APPENDIX OF NON-PUBLISHED AUTHORITIES IN SUPPORT OF ANDREW FELDMAN'S REPLY MEMORANDUM**<br><br>Date: February 16, 2007<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Judge: Honorable Charles R. Breyer |

LA\1684166.1

APPENDIX OF NON-PUBLISHED AUTHORITIES IN SUPPORT OF ANDREW FELDMAN'S REPLY MEMORANDUM; CASE NO. 06-CV-06384 CRB

**CASES**

**Tab**

*SEC v. Sandifur*
    2006 WL 538210 (W.D.Wash. March 2, 2006)…………......................................1

*SEC v. Dauplaise*
    2006 WL 449175 (M.D.Fla. Feb. 22, 2006)……………………………………….....2

**OTHER AUTHORITY**

SEC Release No. 47890, 2003 WL 21148349 (May 20, 2003)……..…………………………..3

1

LA\1684166.1      APPENDIX OF NON PUBLISHED AUTHORITIES IN SUPPORT OF ANDREW FELDMAN'S REPLY MEMORANDUM; CASE NO. 06-CV-06384 CRB