| | |
|---|---|
| 1 | LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov ) |
| 2 | LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )<br>Attorneys for Plaintiff |
| 3 | U.S. Securities and Exchange Commission<br>1801 California Street, Suite 1500 |
| 4 | Denver, Colorado 80202-2656<br>Telephone:  (303) 844-1000 |
| 5 | Fax: (303) 844-1068 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

SECURITIES AND EXCHANGE                    Case No. 3: 06-CV-6384 CRB
COMMISSION,                                            **ADR CERTIFICATION BY PLAINTIFF**

                        Plaintiff,

   v.

PEREIRA, et al.

                        Defendants.
_____

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

       (1)     Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov

       (2)     Discussed the available dispute resolution options provided by the Court and private entities; and

Plaintiff's ADR Certification
Case No. 06-CV-06384 CRB

(3)     Considered whether this case might benefit from any of the available dispute resolution options.

DATED: February 12, 2007

/s/Donald M. Hoerl
Assistant Regional Administrator,
Central Regional Office of the
Securities and Exchange Commission

/s/Leslie J. Hughes
Leslie J. Hughes, Esq. (Colo. 15043)

/s/Lee C. Robinson
Lee C. Robinson, Esq. (Colo. 32734)

Attorneys for Plaintiff SEC

## CERTIFICATE OF SERVICE

I, Leslie J. Hughes, declare under penalty of perjury under the laws of the State of Colorado that on February 12, 2007, I electronically filed the ADR Certification by Plaintiff with the Electronic Case Filing system which will send notification of such filing to the following attorneys for the parties at the email addresses listed below:

David Banie     david.banie@dlapiper.com, trina.walker@dlapiper.com

Angela Lucille Dunning     adunning@cooley.com,

Kara L. Erdodi     kara.erdodi@berliner.com, jwillson@berliner.com

William S. Freeman     freemanws@cooley.com, galancr@cooley.com

Rachael E. Meny     rem@kvn.com, efiling@kvn.com; pal@kvn.com

Nicolas Morgan     nicolas.morgan@dlapiper.com, jette.brasher@dlapiper.com

Elliot R. Peters     erp@kvn.com, efiling@kvn.com; aap@kvn.com

David Priebe     david.priebe@dlapiper.com, stacy.murray@dlapiper.com

2

Plaintiff's ADR Certification
Case No. 06-CV-06384 CRB

1  Lee Conan Robinson   robinsonlc@sec.gov
2  David J. Schindler   david.schindler@lw.com, terri.lilley@lw.com, and
3        kathryn.bowman@lw.com
4  Shana N. Stanton   sns@kvn.com, efiling@kvn.com; lhl@kvn.com; bdl@kvn.com
5  Neal J. Stephens   nstephens@cooley.com
6  Quyen Le Ta   qta@kvn.com
7  Frank R. Ubhaus   fru@berliner.com, cep@berliner.com
8  DATED:  February 12, 2007

                                        /s/ Leslie J. Hughes_____
                                        Leslie J. Hughes, Esq. (Colo. 15043)

3

Plaintiff's ADR Certification
Case No. 06-CV-06384 CRB