DAVID J. SCHINDLER (CA Bar No. 130490)
david.schindler@lw.com
ROBERT W. PERRIN (CA Bar No. 194485)
robert.perrin@lw.com
TERRI L. LILLEY (CA Bar No. 222764)
terri.lilley@lw.com
Attorneys for Defendant Andrew Feldman
LATHAM & WATKINS LLP
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Fax: (213) 891-8763

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROMULUS S. PEREIRA, et al.<br><br>Defendants. | Case No. 3:06-CV-06384 CRB<br><br>**ADR CERTIFICATION OF ANDREW FELDMAN AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he has:

**(1)** Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 12, 2007

                                                                 s/Andrew Feldman
                                                                 Andrew Feldman

Dated: February 12, 2007

                                                                  s/Terri L. Lilley
Terri L. Lilley, Esq.
LATHAM & WATKINS
633 West Fifth, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Fax: (213) 891-8763

Attorneys for Andrew Feldman

LA\1687081.1                                                               ADR CERTIFICATION OF ANDREW FELDMAN AND COUNSEL