COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (wfreeman@cooley.com)
NEAL J. STEPHENS (152071) (nstephens@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
L. John Kern

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROMULUS S. PEREIRA, et al.,<br><br>　　　　　Defendants. | Case No. 3-06-CV-06384 (CRB)<br><br>**ADR CERTIFICATION OF DEFENDANT L. JOHN KERN AND HIS LEAD TRIAL COUNSEL** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

746718 v1/PA

1.

ADR CERTIFICATION OF L. JOHN KERN
CASE NO. 3-06-CV-06384 (CRB)

### SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16-8 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit therefrom.

Dated: February 13, 2007

_____/s/_____
L. John Kern

COOLEY GODWARD KRONISH LLP

Dated: February 13, 2007

_____/s/_____
Neal J. Stephens
Attorneys for Defendant
L. John Kern

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

746718 v1/PA    2.    ADR CERTIFICATION OF L. JOHN KERN
CASE NO. 3-06-CV-06384 (CRB)

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

**ADR CERTIFICATION OF DEFENDANT L. JOHN KERN AND HIS LEAD TRIAL COUNSEL**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| David Banie | david.banie@dlapiper.com, trina.walker@dlapiper.com |
| Kara L. Erdodi | kara.erdodi@berliner.com, jwillson@berliner.com |
| Rachael E. Meny | rem@kvn.com, efiling@kvn.com; pal@kvn.com |
| Nicolas Morgan | nicolas.morgan@dlapiper.com, jette.brasher@dlapiper.com |
| Elliott R. Peters | erp@kvn.com, efiling@kvn.com, aap@kvn.com |
| David Priebe | david.priebe@dlapiper.com, stacy.murray@dlapiper.com |
| Lee Conan Robinson | robinsonlc@sec.gov |
| David J. Schindler | david.schindler@lw.com, terri.lilley@lw.com, kathryn.bowman@lw.com |
| Shana N. Stanton | sns@kvn.com, efiling@kvn.com, lhl@kvn.com, bdl@kvn.com |
| Quyen Le Ta | qta@kvn.com |
| Frank R. Ubhaus | fru@berliner.com, cep@berliner.com |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

746718 v1/PA

3.

ADR CERTIFICATION OF L. JOHN KERN
CASE NO. 3-06-CV-06384 (CRB)

1  Executed on February 13, 2007, at Palo Alto, California.

2

3                                                                /s/
                                                    ——————————————————————
4                                                       Brandie Giovannoni

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

746718 v1/PA                          4.            ADR CERTIFICATION OF L. JOHN KERN
                                                    CASE NO. 3-06-CV-06384 (CRB)