LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov )
LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202-2656
Telephone: (303) 844-1000
Fax: (303) 844-1068

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>PEREIRA, et al.<br><br>    Defendants. | Case No. 3: 06-CV-6384 CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

**Court Processes**:

   \_\_    Non-binding Arbitration (ADR L.R. 4)

   \_\_    Early Neutral Evaluation (ENE) (ADR L.R. 5)

   \_\_    Mediation (ADR L.R. 6)

**Private Process**:

   X    Private ADR (please identify process and provider): The parties agree to hire and meet with a former judge ("Mediator") employed by JAMS for a one day session to discuss possible settlement. The parties agree to meet on or before June 8, 2007. The parties agree the plaintiff and each defendant will pay one seventh of the costs of the mediator.

The report of the mediator will be due on or before June 29, 2007.

DATED: February 13, 2007

/s/Leslie J. Hughes
Leslie J. Hughes, Esq. (Colo. 15043)
Attorney for Plaintiff SEC


/s/Elliot Peters
Elliot Peters
Attorney for Defendants Pereira and Stanton


/s/Neal Stephens
Neal Stephens
Attorney for Defendant Kern


/s/Robert Perrin
Robert Perrin
Attorney for Defendant McFarland


/s/David Priebe
David Priebe
Attorney for Defendant McFarland


/s/Frank Ubhaus
Frank Ubhaus
Attorney for Defendant Cornmesser

1 | [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to

__ Non-binding Arbitration

__ Early Neutral Evaluation (ENE)

__ Mediation

_X_ Private ADR


Deadline for ADR session

__ 90 days from the date of this order.

__ other _____

IT IS SO ORDERED.

Dated: February 14, 2007

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

3
Stipulation on ADR Process
Case No. 06-CV-06384 CRB