LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov )
LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202-2656
Telephone:  (303) 844-1000
Fax: (303) 844-1068

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>PEREIRA, et al.<br><br>                    Defendants. | Case No. 3: 06-CV-6384 CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER PERMITTING THE FILING OF**<br>**THE AMENDED ANSWER OF**<br>**LORI H. CORNMESSER AND**<br>**WITHDRAWING PLAINTIFF'S**<br>**MOTION TO STRIKE AS TO**<br>**DEFENDANT CORNMESSER** |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Civil Local Rules 7-7 and 10.1, counsel for plaintiff Securities and Exchange Commission ("SEC") and counsel for defendant Lori H. Cornmesser ("Cornmesser") jointly submit the following stipulation ("Stipulation") permitting Cornmesser to file the Amended Answer of Lori H. Cornmesser attached hereto as Exhibit A ("Amended Answer") and withdrawing the SEC's motion to strike certain affirmative defenses set forth in Cornmesser's original answer.

**WHEREAS**, Cornmesser filed her Answer to the SEC's Complaint on December 11, 2006;

**WHEREAS**, the parties thereafter commenced to meet and confer regarding the propriety of certain affirmative defenses set forth in the Answer;

Stipulation Re Amended Answer of Cornmesser
Case No. 06-CV-06384 CRB

1     **WHEREAS**, on December 20, 2006, the SEC filed its Motion to Strike Affirmative Defenses of Defendants Kern, McFarland, and Cornmesser ("Motion to Strike");

    **WHEREAS**, the Motion to Strike is scheduled to be heard by the Court on March 2, 2007, at 10:00 a.m.;

    **WHEREAS**, in the interest of judicial economy and avoiding the burden and expense of further argument on the Motion to Strike, and without admitting that any affirmative defense included in the Answer is improper or otherwise lacks merit in any way, Cornmesser is prepared to amend her Answer by filing the Amended Answer attached hereto as Exhibit A.

    **WHEREAS**, the SEC stipulates and agrees that Cornmesser should be permitted to file the Amended Answer, that the filing thereof will moot the Motion to Strike as to Cornmesser, and that the Motion to Strike should therefore be withdrawn as to Cornmesser upon filing of the Amended Answer;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto through their respective attorneys of record that:

1.     Cornmesser shall file the Amended Answer on or before February 15, 2007;

2.     Upon the filing of the Amended Answer, the SEC's Motion to Strike shall be deemed withdrawn as to Cornmesser; and

3.     The Motion to Strike as it pertains to certain affirmative defenses set forth in the answer of defendant William F. McFarland is not affected by this Stipulation

DATED:  February 13, 2007        SECURITIES AND EXCHANGE COMMISSION
                                            LESLIE J. HUGHES (CO Bar No. 15043)
                                            LEE C. ROBINSON (CO Bar No. 32734)

/s/Lee C. Robinson

Lee C. Robinson, Esq.
Attorneys for Plaintiff SEC

DATED: February 13, 2007

BERLINER COHEN
FRANK R. UBHAUS (CA Bar No. 46085)
KARA L. ERDODI (CA Bar No. 221093)

/s/Kara L. Erdodi

Kara L. Erdodi, Esq.
Attorneys for Defendant Lori H. Cornmesser

IT IS SO ORDERED.

DATED: Feb. 14    , 2007

_____
HONORABLE CHARLES R. BREYER
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

# CERTIFICATE OF SERVICE

I, Lee C. Robinson, declare under penalty of perjury under the laws of the State of Colorado that on February 13, 2007, I electronically filed the Stipulation and Proposed Order Permitting the Filing of the Amended Answer of Lori H. Cornmesser and Withdrawing Plaintiff's Motion to Strike as to Defendant Cornmesser with the Electronic Case Filing system which will send notification of such filing to the following attorneys for the parties at the email addresses listed below:

David Banie     david.banie@dlapiper.com, trina.walker@dlapiper.com

Angela Lucille Dunning     adunning@cooley.com,

Kara L. Erdodi     kara.erdodi@berliner.com, jwillson@berliner.com

William S. Freeman     freemanws@cooley.com, galancr@cooley.com

Rachael E. Meny     rem@kvn.com, efiling@kvn.com; pal@kvn.com

Nicolas Morgan     nicolas.morgan@dlapiper.com, jette.brasher@dlapiper.com

Elliot R. Peters     erp@kvn.com, efiling@kvn.com; aap@kvn.com

David Priebe     david.priebe@dlapiper.com, stacy.murray@dlapiper.com

Leslie J. Hughes     hugheslj@sec.gov

David J. Schindler     david.schindler@lw.com, terri.lilley@lw.com, and
     kathryn.bowman@lw.com

Shana N. Stanton     sns@kvn.com, efiling@kvn.com; lhl@kvn.com; bdl@kvn.com

Neal J. Stephens     nstephens@cooley.com

Quyen Le Ta     qta@kvn.com

Frank R. Ubhaus     fru@berliner.com, cep@berliner.com

DATED:  February 13, 2007

s/ Lee C. Robinson
Lee C. Robinson, Esq. (Colo. 32734)

Stipulation Re Amended Answer of Cornmesser
Case No. 06-CV-06384 CRB