1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   KARA L. ERDODI, CA STATE BAR NO. 221093
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  frank.ubhaus@berliner.com
   kara.erdodi@berliner.com
6

7  ATTORNEYS FOR DEFENDANT LORI H. CORNMESSER

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 SECURITIES AND EXCHANGE              CASE NO.  C 06-6384 CRB
   COMMISSION,
12                                      DEFENDANT LORI H. CORNMESSER'S
              Plaintiff,                AMENDED ANSWER TO COMPLAINT
13
      v.
14
   ROMULUS S. PEREIRA; ROBERT B.
15 STANTON; L. JOHN KERN; ANDREW D.
   FELDMAN; WILLIAM F. McFARLAND;
16 LORI H. CORNMESSER,

17            Defendants.

18

19        Defendant LORI H. CORNMESSER (hereinafter "Answering Defendant") answers the

20 unverified Complaint of the Securities and Exchange Commission ("SEC") as follows:

21                            **SUMMARY**

22        1.      Answering the allegations contained in Paragraph 1 of the Complaint, to the

23 extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John

24 Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks

25 knowledge or information sufficient to form a belief as to the truth of such allegations, and on

26 that basis denies such allegations.  To the extent such allegations concern this Answering

27 Defendant, this Answering Defendant denies the allegations contained herein Paragraph 1 of the

28 Complaint.

\FRU\717581.1
021307-13676001

2.     Answering the allegations contained in Paragraph 2 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 2 of the Complaint.

3.     Answering the allegations contained in Paragraph 3 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 3 of the Complaint.

4.     Answering the allegations contained in Paragraph 4 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 4 of the Complaint.

5.     Answering the allegations contained in Paragraph 5 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 5 of the Complaint.

\FRU\717581.1
021307-13676001

6.    Answering the allegations contained in Paragraph 6 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant admits that she was Riverstone's director of sales operations, but denies all other allegations contained herein Paragraph 6 of the Complaint.

7.    Answering the allegations contained in Paragraph 7 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 7 of the Complaint.

8.    Answering the allegations contained in Paragraph 8 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 8 of the Complaint.

9.    This Answering Defendant admits the allegations contained in Paragraph 9 of the Complaint.

10.   This Answering Defendant admits the allegations contained in Paragraph 10 of the Complaint.

11.   This Answering Defendant admits the allegations contained in Paragraph 11 of the Complaint.

///

12.    Answering the allegations contained in Paragraph 12 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 12 of the Complaint.

## JURISDICTION AND VENUE

13.    Answering the allegations contained in Paragraph 13 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 13 of the Complaint.

14.    Answering the allegations contained in Paragraph 14 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 3 of the Complaint.

15.    Answering the allegations contained in Paragraph 15 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering

Defendant, this Answering Defendant denies the allegations contained herein Paragraph 15 of the Complaint.

16.     Answering the allegations contained in Paragraph 16 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 16 of the Complaint.

## INTRA-DISTRICT ASSIGNMENT

17.     Answering the allegations contained in Paragraph 17 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 17 of the Complaint.

## DEFENDANTS

18.     Answering the allegations contained in Paragraph 18 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant admits that Romulus S. Pereira served as chief executive officer, president, and as a director of Riverstone for a time, and that for a time Romulus S. Pereira was the executive at Riverstone in charge of worldwide sales, but this Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 18 of the Complaint, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 3 of the Complaint.

\FRU\717581.1
021307-13676001

19. Answering the allegations contained in Paragraph 19 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant admits that Robert B. Stanton served as Riverstone's chief financial officer and executive vice president for a time, but this Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 19 of the Complaint, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 19 of the Complaint.

20. Answering the allegations contained in Paragraph 20 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant admits that L. John Kern served as Riverstone's executive vice president of sales for a time and as its vice president of worldwide sales operations for a time, but this Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 20, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 20 of the Complaint.

21. Answering the allegations contained in Paragraph 21 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant admits that Andrew D. Feldman served as Riverstone's vice president of marketing for a time, but this Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 21, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 21 of the Complaint.

22. Answering the allegations contained in Paragraph 22 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John

\FRU\717581.1
021307-13676001

Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant admits that William F. McFarland served as Riverstone's vice president of finance for a time and that McFarland was in charge of Riverstone's accounting function, including its financial reporting, but this Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 22, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 22 of the Complaint.

23. This Answering Defendant admits the allegations contained in Paragraph 23 of the Complaint.

### RELATED ENTITY

24. Answering the allegations contained in Paragraph 24 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 24 of the Complaint.

25. Answering the allegations contained in Paragraph 25 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 25 of the Complaint.

### PEREIRA, STANTON, KERN, FELDMAN, AND MCFARLAND CAUSED RIVERSTONE TO REPORT IMPROPER REVENUES FROM CONTINGENT SALES

26. Answering the allegations contained in Paragraph 26 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John

1  Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks
2  knowledge or information sufficient to form a belief as to the truth of such allegations, and on
3  that basis denies such allegations. To the extent such allegations concern this Answering
4  Defendant, this Answering Defendant denies the allegations contained herein Paragraph 26 of
5  the Complaint.

6       27.     Answering the allegations contained in Paragraph 27 of the Complaint, to the
7  extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John
8  Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks
9  knowledge or information sufficient to form a belief as to the truth of such allegations, and on
10  that basis denies such allegations. To the extent such allegations concern this Answering
11  Defendant, this Answering Defendant denies the allegations contained herein Paragraph 27 of
12  the Complaint.

13       28.     Answering the allegations contained in Paragraph 28 of the Complaint, to the
14  extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John
15  Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks
16  knowledge or information sufficient to form a belief as to the truth of such allegations, and on
17  that basis denies such allegations. To the extent such allegations concern this Answering
18  Defendant, this Answering Defendant denies the allegations contained herein Paragraph 28 of
19  the Complaint.

20       29.     Answering the allegations contained in Paragraph 29 of the Complaint, to the
21  extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John
22  Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks
23  knowledge or information sufficient to form a belief as to the truth of such allegations, and on
24  that basis denies such allegations. To the extent such allegations concern this Answering
25  Defendant, this Answering Defendant denies the allegations contained herein Paragraph 29 of
26  the Complaint.

27       30.     Answering the allegations contained in Paragraph 30 of the Complaint, to the
28  extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John

\FRU\717581.1
021307-13676001

Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 30 of the Complaint.

31.     Answering the allegations contained in Paragraph 31 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 31 of the Complaint.

32.     Answering the allegations contained in Paragraph 32 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 32 of the Complaint.

33.     Answering the allegations contained in Paragraph 33 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 33 of the Complaint.

34.     Answering the allegations contained in Paragraph 34 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John

Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 34 of the Complaint.

35. Answering the allegations contained in Paragraph 35 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 35 of the Complaint.

36. Answering the allegations contained in Paragraph 36 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 36 of the Complaint.

37. Answering the allegations contained in Paragraph 37 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 37 of the Complaint.

///

///

-10-

DEFENDANT LORI H. CORNMESSER'S AMENDED ANSWER TO COMPLAINT

\FRU\717581.1
021307-13676001

## THE WORLD WIDE TECHNOLOGY SIDE AGREEMENT

38. Answering the allegations contained in Paragraph 38 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 38 of the Complaint.

39. Answering the allegations contained in Paragraph 39 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 39 of the Complaint.

40. Answering the allegations contained in Paragraph 40 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 40 of the Complaint.

41. Answering the allegations contained in Paragraph 41 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering

Defendant, this Answering Defendant denies the allegations contained herein Paragraph 41 of the Complaint.

42. Answering the allegations contained in Paragraph 42 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 42 of the Complaint.

43. Answering the allegations contained in Paragraph 43 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 43 of the Complaint.

44. Answering the allegations contained in Paragraph 44 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 44 of the Complaint.

45. Answering the allegations contained in Paragraph 45 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering

\FRU\717581.1
021307-13676001

Defendant, this Answering Defendant denies the allegations contained herein Paragraph 45 of the Complaint.

46. Answering the allegations contained in Paragraph 46 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 46 of the Complaint.

47. Answering the allegations contained in Paragraph 47 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 47 of the Complaint.

48. Answering the allegations contained in Paragraph 48 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 48 of the Complaint.

49. Answering the allegations contained in Paragraph 49 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering

\FRU\717581.1
021307-13676001

Defendant, this Answering Defendant denies the allegations contained herein Paragraph 49 of the Complaint.

50.    Answering the allegations contained in Paragraph 50 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.   To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 50 of the Complaint.

51.    Answering the allegations contained in Paragraph 51 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.   To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 51 of the Complaint.

52.    Answering the allegations contained in Paragraph 52 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.   To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 52 of the Complaint.

53.    Answering the allegations contained in Paragraph 53 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.   To the extent such allegations concern this Answering

\FRU\717581.1
021307-13676001

Defendant, this Answering Defendant denies the allegations contained herein Paragraph 53 of the Complaint.

54. Answering the allegations contained in Paragraph 54 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 54 of the Complaint.

55. Answering the allegations contained in Paragraph 55 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 55 of the Complaint.

56. Answering the allegations contained in Paragraph 56 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 56 of the Complaint.

## THE VNETEK SIDE AGREEMENT

57. Answering the allegations contained in Paragraph 57 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on

that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 57 of the Complaint.

58. Answering the allegations contained in Paragraph 58 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 58 of the Complaint.

59. Answering the allegations contained in Paragraph 59 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 59 of the Complaint.

60. Answering the allegations contained in Paragraph 60 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 60 of the Complaint.

61. Answering the allegations contained in Paragraph 61 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on

\FRU\717581.1
021307-13676001

that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 61 of the Complaint.

62.    Answering the allegations contained in Paragraph 62 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 62 of the Complaint.

63.    Answering the allegations contained in Paragraph 63 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 63 of the Complaint.

64.    Answering the allegations contained in Paragraph 64 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 64 of the Complaint.

## **THE TECHNICA SIDE AGREEMENT**

65.    This Answering Defendant admits the allegations contained in Paragraph 65 of the Complaint.

///

66.     Answering the allegations contained in Paragraph 66 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.    To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 24 of the Complaint.

67.     Answering the allegations contained in Paragraph 67 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.    To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 67 of the Complaint.

68.     Answering the allegations contained in Paragraph 68 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.    To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 68 of the Complaint.

69.     Answering the allegations contained in Paragraph 69 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.    To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 69 of the Complaint.

\FRU\717581.1
021307-13676001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

70.     Answering the allegations contained in Paragraph 70 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.   To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 70 of the Complaint.

71.     Answering the allegations contained in Paragraph 71 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.   To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 71 of the Complaint.

72.     Answering the allegations contained in Paragraph 72 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.   To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 72 of the Complaint.

73.     Answering the allegations contained in Paragraph 73 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.   To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 73 of the Complaint.

\FRU\717581.1
021307-13676001

1    74.    Answering the allegations contained in Paragraph 74 of the Complaint, to the
2    extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John
3    Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks
4    knowledge or information sufficient to form a belief as to the truth of such allegations, and on
5    that basis denies such allegations.    To the extent such allegations concern this Answering
6    Defendant, this Answering Defendant denies the allegations contained herein Paragraph 74 of
7    the Complaint.

8    75.    Answering the allegations contained in Paragraph 75 of the Complaint, to the
9    extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John
10   Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks
11   knowledge or information sufficient to form a belief as to the truth of such allegations, and on
12   that basis denies such allegations.    To the extent such allegations concern this Answering
13   Defendant, this Answering Defendant denies the allegations contained herein Paragraph 75 of
14   the Complaint.

15   76.    Answering the allegations contained in Paragraph 76 of the Complaint, to the
16   extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John
17   Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks
18   knowledge or information sufficient to form a belief as to the truth of such allegations, and on
19   that basis denies such allegations.    To the extent such allegations concern this Answering
20   Defendant, this Answering Defendant denies the allegations contained herein Paragraph 76 of
21   the Complaint.

22   77.    Answering the allegations contained in Paragraph 77 of the Complaint, to the
23   extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John
24   Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks
25   knowledge or information sufficient to form a belief as to the truth of such allegations, and on
26   that basis denies such allegations.    To the extent such allegations concern this Answering
27   Defendant, this Answering Defendant denies the allegations contained herein Paragraph 77 of
28   the Complaint.

\FRU\717581.1
021307-13676001

78. Answering the allegations contained in Paragraph 78 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 78 of the Complaint.

79. Answering the allegations contained in Paragraph 79 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 79 of the Complaint.

80. This Answering Defendant denies the allegations contained in Paragraph 80 of the Complaint.

### THE TM TELECOM SIDE AGREEMENT

81. This Answering Defendant admits the allegations contained in Paragraph 81 of the Complaint.

82. Answering the allegations contained in Paragraph 82 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 82 of the Complaint.

83. Answering the allegations contained in Paragraph 83 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John

Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 83 of the Complaint.

84. This Answering Defendant admits the allegations contained in Paragraph 84 of the Complaint.

85. This Answering Defendant denies the allegations contained in Paragraph 85 of the Complaint.

86. This Answering Defendant denies the allegations contained in Paragraph 85 of the Complaint.

87. Answering the allegations contained in Paragraph 87 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 87 of the Complaint.

88. Answering the allegations contained in Paragraph 88 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 88 of the Complaint.

89. This Answering Defendant denies the allegations contained in Paragraph 89 of the Complaint.

///

\FRU\717581.1
021307-13676001

90.    Answering the allegations contained in Paragraph 90 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.   To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 90 of the Complaint.

## ADDITIONAL CONTINGENT SALES IMPROPERLY RECORDED AS REVENUES

91.    Answering the allegations contained in Paragraph 91 of the Complaint:

a) To the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 91(a) of the Complaint;

b) To the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 91(b) of the Complaint;

c) To the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant,

\FRU\717581.1
021307-13676001

1    this Answering Defendant denies the allegations contained herein Paragraph

2    91(c) of the Complaint;

3    d)    To the extent such allegations concern Defendants Romulus S. Pereira, Robert

4          B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland,

5          the Answering Defendant lacks knowledge or information sufficient to form a

6          belief as to the truth of such allegations, and on that basis denies such

7          allegations.  To the extent such allegations concern this Answering Defendant,

8          this Answering Defendant denies the allegations contained herein Paragraph

9          91(d) of the Complaint;

10   e)    To the extent such allegations concern Defendants Romulus S. Pereira, Robert

11         B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland,

12         the Answering Defendant lacks knowledge or information sufficient to form a

13         belief as to the truth of such allegations, and on that basis denies such

14         allegations.  To the extent such allegations concern this Answering Defendant,

15         this Answering Defendant denies the allegations contained herein Paragraph

16         91(e) of the Complaint;

17   f)    To the extent such allegations concern Defendants Romulus S. Pereira, Robert

18         B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland,

19         the Answering Defendant lacks knowledge or information sufficient to form a

20         belief as to the truth of such allegations, and on that basis denies such

21         allegations.  To the extent such allegations concern this Answering Defendant,

22         this Answering Defendant denies the allegations contained herein Paragraph

23         91(f) of the Complaint;

24   g)    To the extent such allegations concern Defendants Romulus S. Pereira, Robert

25         B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland,

26         the Answering Defendant lacks knowledge or information sufficient to form a

27         belief as to the truth of such allegations, and on that basis denies such

28         allegations.  To the extent such allegations concern this Answering Defendant,

1    this Answering Defendant denies the allegations contained herein Paragraph

2    91(g) of the Complaint;

3    h) To the extent such allegations concern Defendants Romulus S. Pereira, Robert

4    B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland,

5    the Answering Defendant lacks knowledge or information sufficient to form a

6    belief as to the truth of such allegations, and on that basis denies such

7    allegations. To the extent such allegations concern this Answering Defendant,

8    this Answering Defendant denies the allegations contained herein Paragraph

9    91(h) of the Complaint;

10    i) To the extent such allegations concern Defendants Romulus S. Pereira, Robert

11    B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland,

12    the Answering Defendant lacks knowledge or information sufficient to form a

13    belief as to the truth of such allegations, and on that basis denies such

14    allegations. To the extent such allegations concern this Answering Defendant,

15    this Answering Defendant denies the allegations contained herein Paragraph

16    91(i) of the Complaint;

17    j) To the extent such allegations concern Defendants Romulus S. Pereira, Robert

18    B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland,

19    the Answering Defendant lacks knowledge or information sufficient to form a

20    belief as to the truth of such allegations, and on that basis denies such

21    allegations. To the extent such allegations concern this Answering Defendant,

22    this Answering Defendant denies the allegations contained herein Paragraph

23    91(j) of the Complaint;

24    k) To the extent such allegations concern Defendants Romulus S. Pereira, Robert

25    B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland,

26    the Answering Defendant lacks knowledge or information sufficient to form a

27    belief as to the truth of such allegations, and on that basis denies such

28    allegations. To the extent such allegations concern this Answering Defendant,

\FRU\717581.1
021307-13676001

1  this Answering Defendant denies the allegations contained herein Paragraph

2  91(k) of the Complaint;

3  l)  To the extent such allegations concern Defendants Romulus S. Pereira, Robert

4  B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland,

5  the Answering Defendant lacks knowledge or information sufficient to form a

6  belief as to the truth of such allegations, and on that basis denies such

7  allegations.  To the extent such allegations concern this Answering Defendant,

8  this Answering Defendant denies the allegations contained herein Paragraph

9  91(l) of the Complaint;

10  m)  To the extent such allegations concern Defendants Romulus S. Pereira, Robert

11  B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland,

12  the Answering Defendant lacks knowledge or information sufficient to form a

13  belief as to the truth of such allegations, and on that basis denies such

14  allegations.  To the extent such allegations concern this Answering Defendant,

15  this Answering Defendant denies the allegations contained herein Paragraph

16  91(m) of the Complaint.

17  **RIVERSTONE'S SYSTEM OF INTERNAL ACCOUNTING CONTROLS WAS**

18  **INADEQUATE AND EACH OF THE DEFENDANTS CONTRIBUTED TO**

19  **RIVERSTONE'S IMPROPER RECORDKEEPING AND CONCEALED**

20  **INFORMATION FROM RIVERSTONE'S OUTSIDE ACCOUNTANTS**

21  92.  Answering the allegations contained in Paragraph 76 of the Complaint, to the

22  extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John

23  Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks

24  knowledge or information sufficient to form a belief as to the truth of such allegations, and on

25  that basis denies such allegations.  To the extent such allegations concern this Answering

26  Defendant, this Answering Defendant denies the allegations contained herein Paragraph 92 of

27  the Complaint.

28  ///

CASE NO.  C 06-6384 CRB

-26-

DEFENDANT LORI H. CORNMESSER'S AMENDED ANSWER TO COMPLAINT

\FRU\717581.1
021307-13676001

1    93.    Answering the allegations contained in Paragraph 93 of the Complaint, to the

2   extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John

3   Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks

4   knowledge or information sufficient to form a belief as to the truth of such allegations, and on

5   that basis denies such allegations.   To the extent such allegations concern this Answering

6   Defendant, this Answering Defendant denies the allegations contained herein Paragraph 93 of

7   the Complaint.

8    94.    Answering the allegations contained in Paragraph 94 of the Complaint, to the

9   extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John

10   Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks

11   knowledge or information sufficient to form a belief as to the truth of such allegations, and on

12   that basis denies such allegations.   To the extent such allegations concern this Answering

13   Defendant, this Answering Defendant denies the allegations contained herein Paragraph 94 of

14   the Complaint.

15    95.    Answering the allegations contained in Paragraph 95 of the Complaint, to the

16   extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John

17   Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks

18   knowledge or information sufficient to form a belief as to the truth of such allegations, and on

19   that basis denies such allegations.   To the extent such allegations concern this Answering

20   Defendant, this Answering Defendant denies the allegations contained herein Paragraph 95 of

21   the Complaint.

22    96.    This Answering Defendant denies all allegations contained in Paragraph 96 of the

23   Complaint.

24    97.    Answering the allegations contained in Paragraph 97 of the Complaint, to the

25   extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John

26   Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks

27   knowledge or information sufficient to form a belief as to the truth of such allegations, and on

28   that basis denies such allegations.   To the extent such allegations concern this Answering

\FRU\717581.1
021307-13676001

Defendant, this Answering Defendant denies the allegations contained herein Paragraph 97 of the Complaint.

98.     Answering the allegations contained in Paragraph 98 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 98 of the Complaint.

## DEFENDANTS RECEIVED ILL-GOTTEN GAINS AS A RESULT OF THEIR CONDUCT

99.     Answering the allegations contained in Paragraph 99 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 99 of the Complaint.

100.     Answering the allegations contained in Paragraph 99 of the Complaint, the Answering Defendant answers as follows:

a)     To the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 100(a) of the Complaint;

\FRU\717581.1
021307-13676001

| | | |
|---|---|---|
| 1 | b) | To the extent such allegations concern Defendants Romulus S. |
| 2 | | Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and |
| 3 | | William F. McFarland, the Answering Defendant lacks knowledge |
| 4 | | or information sufficient to form a belief as to the truth of such |
| 5 | | allegations, and on that basis denies such allegations. To the |
| 6 | | extent such allegations concern this Answering Defendant, this |
| 7 | | Answering Defendant denies the allegations contained herein |
| 8 | | Paragraph 100(b) of the Complaint; |

c) To the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 100(c) of the Complaint;

d) To the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 100(d) of the Complaint;

e) This Answering Defendant denies every allegation contained in Paragraph 100(e) of the Complaint.

///

///

\FRU\717581.1
021307-13676001

## FIRST CLAIM FOR RELIEF

101.    This Answering Defendant denies the allegations contained in Paragraph 101 of the Complaint.

102.    . Answering the allegations contained in Paragraph 102 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 102 of the Complaint.

103.    Answering the allegations contained in Paragraph 103 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 103 of the Complaint.

104.    Answering the allegations contained in Paragraph 104 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 104 of the Complaint.

105.    Answering the allegations contained in Paragraph 105 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on

that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 105 of the Complaint.

106. Answering the allegations contained in Paragraph 106 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 106 of the Complaint.

## SECOND CLAIM FOR RELIEF

107. This Answering Defendant denies the allegations contained in Paragraph 107 of the Complaint.

108. Answering the allegations contained in Paragraph 108 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 108 of the Complaint.

109. Answering the allegations contained in Paragraph 109 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 109 of the Complaint.

///

DEFENDANT LORI H. CORNMESSER'S AMENDED ANSWER TO COMPLAINT

1   110.    Answering the allegations contained in Paragraph 99 of the Complaint, to the
2   extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John
3   Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks
4   knowledge or information sufficient to form a belief as to the truth of such allegations, and on
5   that basis denies such allegations.   To the extent such allegations concern this Answering
6   Defendant, this Answering Defendant denies the allegations contained herein Paragraph 99 of
7   the Complaint.

## THIRD CLAIM FOR RELIEF

8
9   111.    This Answering Defendant denies the allegations contained in Paragraph 111 of
10  the Complaint.

11  112.    This Answering Defendant denies the allegations contained in Paragraph 112 of
12  the Complaint.

13  113.    This Answering Defendant denies the allegations contained in Paragraph 113 of
14  the Complaint.

## FOURTH CLAIM FOR RELIEF

15
16  114.    This Answering Defendant denies the allegations contained in Paragraph 114 of
17  the Complaint.

18  115.    Answering the allegations contained in Paragraph 115 of the Complaint, to the
19  extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John
20  Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks
21  knowledge or information sufficient to form a belief as to the truth of such allegations, and on
22  that basis denies such allegations.   To the extent such allegations concern this Answering
23  Defendant, this Answering Defendant denies the allegations contained herein Paragraph 115 of
24  the Complaint.

25  116.    This Answering Defendant denies the allegations contained in Paragraph 116 of
26  the Complaint.

27  117.    This Answering Defendant denies the allegations contained in Paragraph 117 of
28  the Complaint.

\FRU\717581.1
021307-13676001
DEFENDANT LORI H. CORNMESSER'S AMENDED ANSWER TO COMPLAINT

## FIFTH CLAIM FOR RELIEF

118.     This Answering Defendant denies the allegations contained in Paragraph 118 of the Complaint.

119.     Answering the allegations contained in Paragraph 119 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 119 of the Complaint.

120.     Answering the allegations contained in Paragraph 120 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 120 of the Complaint.

121.     Answering the allegations contained in Paragraph 121 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations.  To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 121 of the Complaint.

## SIXTH CLAIM FOR RELIEF

122.     This Answering Defendant denies the allegations contained in Paragraph 122 of the Complaint.

///

\FRU\717581.1
021307-13676001

123. Answering the allegations contained in Paragraph 123 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 123 of the Complaint.

124. Answering the allegations contained in Paragraph 124 of the Complaint, to the extent such allegations concern Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, and William F. McFarland, the Answering Defendant lacks knowledge or information sufficient to form a belief as to the truth of such allegations, and on that basis denies such allegations. To the extent such allegations concern this Answering Defendant, this Answering Defendant denies the allegations contained herein Paragraph 124 of the Complaint.

125. This Answering Defendant denies the allegations contained in Paragraph 125 of the Complaint.

126. This Answering Defendant denies the allegations contained in Paragraph 126 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

### [Failure to State a Cause of Action]

127. As and for the first affirmative defense to the Complaint, and to each and every cause of action contained therein, this Answering Defendant alleges that the SEC'S Complaint, and each of the purported causes of action contained therein, fails to state facts sufficient to constitute a cause of action against this Answering Defendant.

///

///

///

///

\FRU\717581.1
021307-13676001

## SECOND AFFIRMATIVE DEFENSE

### [Statute of Limitations]

128.     As and for the second affirmative defense to the Complaint, and to each and every cause of action contained therein, this Answering Defendant alleges that the SEC'S Complaint, and each and every cause of action contained therein, is barred by the statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

### [No Liability for Violations of Others]

129.     The SEC is barred from obtaining any relief sought against Cornmesser in the Complaint because, to the extent that any of the acts, omissions, or violations of law alleged in the Complaint occurred, such acts, omissions, or violations were not committed by Cornmesser, but were committed by others.

## FOURTH AFFIRMATIVE DEFENSE

### [Answering Defendant Had No Knowledge]

130.     As and for the fifth affirmative defense to the Complaint, and to each and every cause of action contained therein, this Answering Defendant alleges that, to the extent that the revenue reporting scheme alleged in the Complaint herein occurred at Riverstone, that scheme was conducted and carried on by others within the company without the knowledge or participation of this Answering Defendant and that in the exercise of reasonable diligence and due care, this Answering Defendant could not and did not learn of the existence of such scheme or the accounting irregularities contained in the Complaint.

///

///

///

///

///

///

///

///

DEFENDANT LORI H. CORNMESSER'S AMENDED ANSWER TO COMPLAINT

WHEREFORE, the Answering Defendant Lori H. Cornmesser respectfully requests that this Court:

      1.    Deny the request for a finding that Defendant Cornmesser committed the violations alleged;

      2.    Deny the request for injunctive relief;

      3.    Deny the request for disgorgement;

      4.    Deny the request for civil penalties;

      5.    Grant such other and further relief as the Court may deem just and proper.

DATED: FEBRUARY 13, 2007           BERLINER COHEN

BY: _____/s/_____
                FRANK R. UBHAUS
                ATTORNEYS FOR DEFENDANT LORI H.
                CORNMESSER