Nanci L. Clarence, SBN 122286
Kate Dyer, SBN 171891
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: (415) 749-1800
Facsimile:  (415) 749-1694
Email: nclarence@clarencedyer.com
         kdyer@clarencedyer.com

Attorneys for Defendant John Kern

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>ROMMULUS S. PEREIRA, ROBERT B. STANTON, L. JOHN KERN, ANDREW D. FELDMAN, WILLIAM F. MCFARLAND, LORI H. CORNMESSER,<br><br>            Defendant. | Case No.: 3:06-CV-06384 CRB<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER PERMITTING SUBSTITUTION** |

TO:    THE HONORABLE CHARLES R. BREYER, UNITED STATES DISTRICT JUDGE, RICHARD WIEKING, CLERK OF THE NORTHERN DISTRICT OF CALIFORNIA, UNITED STATES DISTRICT COURT AND COUNSEL OF RECORD FOR ALL PARTIES IN THE ABOVE-ENTITLED MATTER

   Defendant L. John Kern hereby provides notice of the withdrawal of counsel, Neal J. Stephens, Angela L. Dunning and William S. Freeman of the law firm:

   Cooley Godward Kronish LLP
   Five Palo Alto Square
   3000 El Camino Real
   Palo Alto, CA 94306-2155
   Telephone: (650) 843-5000, Fax: (650) 857-0663

as counsel for Mr. Kern in the above-entitled matter.  Defendant further gives notice that Nanci

L. Clarence and Kate Dyer of the law firm:

> Clarence & Dyer  LLP
> 899 Ellis Street
> San Francisco, California 94109-7807
> Tel:  (415) 749-1800, Fax:  (415) 749-1694

hereby enter a general appearance as counsel for Mr. Kern in the above-entitled matter and all pleadings and correspondence related thereto should be served upon them.

Dated: 03-30-2007         /s/: John Kern
                          JOHN KERN

Dated: 04-02-2007         /s/: Nanci L. Clarence
                          NANCI L. CLARENCE
                          CLARENCE & DYER LLP

Dated: 03-29-2007         /s/: Neal Stephens (by ALD)
                          NEAL J. STEPHENS
                          ANGELA LUCILLE DUNNING
                          WILLIAM S. FREEMAN
                          COOLEY GODWARD KRONISH LLP

**ORDER**

The Court hereby approves the substitution.

IT IS SO ORDERED.

Dated:  April 2, 2007

CHARLES R. BREYER
U.S. DISTRICT



2