| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS (State Bar No. 158708) |
| 2 | RACHAEL E. MENY (State Bar No. 178514) |
| | BEN B. AU (State Bar No. 237854) |
| 3 | QUYEN L. TA (State Bar No. 229956) |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| | Email: epeters@kvn.com |
| 6 | rmeny@kvn.com |
| | bau@kvn.com |
| 7 | qta@kvn.com |
| 8 | Attorneys for Defendants |
| | ROMULUS S. PEREIRA |
| 9 | ROBERT B. STANTON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 06-06384 CRB |
| Plaintiff, | **DECLARATION OF QUYEN L. TA IN SUPPORT OF DEFENDANTS ROMULUS S. PEREIRA'S AND ROBERT B. STANTON'S MOTION TO ENLARGE TIME TO FILE ANSWERS TO PLAINTIFF'S AMENDED COMPLAINT** |
| v. | |
| ROMULUS S. PEREIRA, et al., | |
| Defendants. | Dept:       Courtroom 8 |
| | Judge:      The Honorable Charles R. Breyer |

394959.01

DECLARATION OF QUYEN L. TA IN SUPPORT OF DEFS. PEREIRA'S AND STANTON'S MOTION TO ENLARGE TIME TO FILE ANSWERS TO PLAINTIFF'S AMENDED COMPLAINT
CASE NO.  06-CV-06384-CRB

I, Quyen L. Ta, declare as follows:

1. I am an attorney at law, licensed to practice before the Federal District Court for the Northern District of California. I am an associate with the law firm of Keker & Van Nest LLP, counsel for Defendants Romulus S. Pereira and Robert B. Stanton in the above-captioned action. I have personal knowledge of all facts contained in this declaration, and if called as a witness in this action could and would competently testify thereto.

2. Because Keker & Van Nest represents two Defendants in this action, more time would be required to respond to the SEC's Amended Complaint. Messrs. Pereira and Stanton would be unduly prejudiced if the Court does not grant this extension of time for them to file separate Answers to the SEC's 84-page Amended Complaint. In order to adequately defend both Messrs. Pereira and Stanton, I believe that one more month would allow us to thoroughly research the causes of action as they relate to these new allegations and would allow us enough time to file Answers and plead appropriate affirmative defenses on behalf of Messrs. Pereira and Stanton.

3. The parties to this action have met and conferred regarding various alternative dispute resolution options and filed a stipulation with this Court on February 13, 2007, stating that they agreed to hire and meet with a former judge employed by JAMS for a one-day session to discuss possible settlement. After numerous discussions, the parties agreed to have Judge Fern Smith from JAMS mediate their disputes on June 8, 2007. A true and correct copy of the parties' stipulation and proposed Order Selecting ADR Process is attached as Exhibit 1.

4. Messrs. Pereira and Stanton are entering into mediation in good faith and are hopeful that this mediation will result in settlement, which would obviate the need for them to file any more pleadings with the Court relating to the SEC's Complaint.

5. In April 2007, the SEC has produced approximately 317,000 documents (approximately 1.25 million pages) to all Defendants in this matter relating to the prior SEC investigation of Riverstone Networks. In order to enter into mediation in good faith, we have begun to review these documents in order to assess the SEC's allegations against Messrs. Pereira and Stanton.

1

DECLARATION OF QUYEN L. TA IN SUPPORT OF DEFS. PEREIRA'S AND STANTON'S MOTION TO ENLARGE TIME TO FILE ANSWERS TO PLAINTIFF'S AMENDED COMPLAINT
CASE NO. C 06-06384 CRB

394959.01

6. I do not believe that the SEC would be prejudiced by the requested extension of time. The parties have agreed to begin witness discovery on August 1, 2007, but enlarging the time for Messrs. Pereira and Stanton to file their Answers until June 15 would not affect the current schedule for this case.

7. I have attempted to obtain a stipulation to this requested extension from Plaintiff's Counsel, Leslie Hughes. On May 4, 2007, I contacted Ms. Hughes via telephone requesting an extension of a little more than one month, until June 21, 2007, to answer or otherwise respond to the SEC's First Amended Complaint. Plaintiff's Counsel refused, stating that such extension would interfere with the scheduling of her other cases and her vacation time. Because I wanted to resolve this dispute without involving the Court, I suggested dates that would not interfere with Ms. Hughes' vacation and with the scheduling of her other cases.

8. Despite my attempts to resolve this matter and to obtain a stipulation, Ms. Hughes refused to grant the additional time to respond, stating that she believed the 10 days provided under the Federal Rules would be enough time for Messrs. Pereira and Stanton to respond to the SEC's Amended Complaint.

9. Subsequent to that phone call, on that same day, I sent an e-mail to Ms. Hughes confirming her position that she would not grant us several more weeks to either answer or otherwise respond to the SEC's Amended Complaint. Ms Hughes responded to this e-mail several days later, on May 7, 2007, stating that "I do not agree to an additional five weeks until June 21 for you or other defendants to answer or respond to the first Amended Complaint." She stated in her e-mail that "[e]xtending your time to answer creates scheduling issues for me in other cases." A true and correct copy of the e-mail exchange between me and Ms. Hughes is attached as Exhibit 2.

10. There have been several minor time modifications in this case related to motions filed in response to the SEC's original Complaint. On approximately December 20, 2006, Ms. Hughes contacted me to obtain a stipulation to allow her several more weeks to oppose Messrs. Pereira's and Stanton's Motions to Dismiss and Strike because, according to the Stipulation, the Opposition Brief was due "during a week when plaintiff's counsel will be on vacation." A true

2
DECLARATION OF QUYEN L. TA IN SUPPORT OF DEFS. PEREIRA'S AND STANTON'S MOTION TO ENLARGE TIME TO FILE ANSWERS TO PLAINTIFF'S AMENDED COMPLAINT
CASE NO. C 06-06384 CRB

394959.01

1  and correct copy of the December 20, 2006 Stipulation is attached as Exhibit 3.

2      11.    On February 13, 2007, the Clerk of the Court issued a "Clerk's Notice,"

3  rescheduling the motions on calendar from February 16, 2007 to March 2, 2007. A true and

4  correct copy of the "Clerk's Notice" is attached as Exhibit 4.

5      12.    On February 21, 2007, the parties stipulated to continue Defendants' Motions to

6  be heard on the Law and Motion Calendar to coincide with the date that all parties were

7  scheduled to appear before the Court for the Case Management Conference. A true and correct

8  copy of the February 21, 2007 stipulation is attached as Exhibit 5.

9      I declare under penalty of perjury under the laws of the United States that the foregoing is

10 true and correct, and that this declaration was executed on May 8, 2007 in San Francisco,

11 California.

13 Dated: May 8, 2007                            KEKER & VAN NEST, LLP

16                                      By: /s/ Quyen L. Ta
                                           QUYEN L. TA
17                                            Attorney for Defendants
                                           ROMULUS S. PEREIRA and
18                                            ROBERT STANTON

3
DECLARATION OF QUYEN L. TA IN SUPPORT OF DEFS. PEREIRA'S AND STANTON'S MOTION TO
ENLARGE TIME TO FILE ANSWERS TO PLAINTIFF'S AMENDED COMPLAINT
CASE NO. C 06-06384 CRB

394959.01