# EXHIBIT 1

1  LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov )
   LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )
2  Attorneys for Plaintiff
   U.S. Securities and Exchange Commission
3  1801 California Street, Suite 1500
4  Denver, Colorado 80202-2656
   Telephone: (303) 844-1000
5  Fax: (303) 844-1068

6               UNITED STATES DISTRICT COURT

7               NORTHERN DISTRICT OF CALIFORNIA

8                  SAN FRANCISCO DIVISION

9  ─────────────────────────────────────

10 SECURITIES AND EXCHANGE              Case No. 3: 06-CV-6384 CRB
          COMMISSION,                   **STIPULATION AND [PROPOSED]**
11                                      **ORDER SELECTING ADR PROCESS**

12                    Plaintiff,

13    v.

14 PEREIRA, et al.

15                    Defendants.

16 ─────────────────────────────────────

17     Counsel report that they have met and conferred regarding ADR and have reached the

18 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

19     **Court Processes**:

20     __    Non-binding Arbitration (ADR L.R. 4)

21     __    Early Neutral Evaluation (ENE) (ADR L.R. 5)

22     __    Mediation (ADR L.R. 6)

23     **Private Process**:

24     X     Private ADR (please identify process and provider):  The parties agree to hire and

25 meet with a former judge ("Mediator") employed by JAMS for a one day session to discuss

26 possible settlement. The parties agree to meet on or before June 8, 2007. The parties agree the

27 plaintiff and each defendant will pay one seventh of the costs of the mediator.

28

Stipulation on ADR Process
Case No. 06-CV-06384 CRB

The report of the mediator will be due on or before June 29, 2007.

DATED: February 13, 2007

/s/Leslie J. Hughes
Leslie J. Hughes, Esq. (Colo. 15043)
Attorney for Plaintiff SEC


/s/Elliot Peters
Elliot Peters
Attorney for Defendants Pereira and Stanton


/s/Neal Stephens
Neal Stephens
Attorney for Defendant Kern


/s/Robert Perrin
Robert Perrin
Attorney for Defendant McFarland


/s/David Priebe
David Priebe
Attorney for Defendant McFarland


/s/Frank Ubhaus
Frank Ubhaus
Attorney for Defendant Cornmesser

2

Stipulation on ADR Process
Case No. 06-CV-06384 CRB

1  **[PROPOSED] ORDER**

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to

3  __    Non-binding Arbitration

4  __    Early Neutral Evaluation (ENE)

5  __    Mediation

6  __    Private ADR

7

8  Deadline for ADR session

9  __    90 days from the date of this order.

10  __    other _____

11  IT IS SO ORDERED.

12  Dated:

13

14

15  _____
   Honorable Charles R. Breyer
16  UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

3

CERTIFICATE OF SERVICE

I, Leslie J. Hughes, declare under penalty of perjury under the laws of the State of Colorado that on February 13, 2007, I electronically filed the Stipulation on Selection of ADR Process with the Electronic Case Filing system which will send notification of such filing to the following attorneys for the parties at the email addresses listed below:

David Banie     david.banie@dlapiper.com, trina.walker@dlapiper.com

Angela Lucille Dunning     adunning@cooley.com,

Kara L. Erdodi     kara.erdodi@berliner.com, jwillson@berliner.com

William S. Freeman     freemanws@cooley.com, galancr@cooley.com

Rachael E. Meny     rem@kvn.com, efiling@kvn.com; pal@kvn.com

Nicolas Morgan     nicolas.morgan@dlapiper.com, jette.brasher@dlapiper.com

Elliot R. Peters     erp@kvn.com, efiling@kvn.com; aap@kvn.com

David Priebe     david.priebe@dlapiper.com, stacy.murray@dlapiper.com

Lee Conan Robinson     robinsonlc@sec.gov

David J. Schindler     david.schindler@lw.com, terri.lilley@lw.com, and kathryn.bowman@lw.com

Shana N. Stanton     sns@kvn.com, efiling@kvn.com; lhl@kvn.com; bdl@kvn.com

Neal J. Stephens     nstephens@cooley.com

Quyen Le Ta     qta@kvn.com

Frank R. Ubhaus     fru@berliner.com, cep@berliner.com

DATED: February 13, 2007

/s/ Leslie J. Hughes_____
Leslie J. Hughes, Esq. (Colo. 15043)

Stipulation on ADR Process
Case No. 06-CV-06384 CRB