# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 06-06384 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| ROMULUS S. PEREIRA, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the motions currently on calendar for February 16, 2007 to Friday, March 2, 2007 at 10:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 13, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Barbara Espinoza
Courtroom Deputy