# EXHIBIT 5

1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  RACHAEL E. MENY - #178514
   QUYEN L. TA - #229956
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:     (415) 391-5400
   Facsimile:     (415) 397-7188
5  erp@kvn.com

6  Attorneys for Defendants
   ROMULUS S. PEREIRA and ROBERT B. STANTON
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | SECURITIES AND EXCHANGE COMMISSION, | Case No.  06-cv-06384 CRB
13 |                                      | **STIPULATION CONTINUING HEARING DATE ON MOTIONS TO DISMISS OF DEFENDANTS PEREIRA, STANTON, AND FELDMAN AND MOTION TO STRIKE OF SECURITIES AND EXCHANGE COMMISSION AS TO DEFENDANT MCFARLAND; PROPOSED ORDER**
   |              Plaintiff,              |
14 |                                      |
   |       v.                             |
15 |                                      |
   | ROMULUS S. PEREIRA, ROBERT B.        |
16 | STANTON, L. JOHN KERN, ANDREW D.     |
   | FELDMAN, WILLIAM F. MCFARLAND,       |
17 | LORI H. CORNMESSER,                  |
   |                                      | New Date: March 9, 2007
18 |              Defendants.             | Time:     10:00 a.m.
   |                                      | Dept:     Courtroom 8
19 |                                      | Judge:    The Honorable Charles R. Breyer

20                                          Date Compl. Filed:   October 12, 2006

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Romulus Pereira, Robert Stanton, and Andrew Feldman stipulate that the hearing date on Defendants' Motions to Dismiss be continued to March 9, 2007, the same date the parties are scheduled to appear before the Court for the Case Management Conference.  The SEC and Defendant William McFarland also stipulate that their hearing on Plaintiff's Motion to Strike be continued to March 9, 2007.[1]

On February 13, 2007, the Court continued the February 16, 2007 Law & Motion date to March 2, 2007.  Unfortunately, Counsel for Messrs. Pereira and Stanton are unable to appear on March 2, 2007.  Counsel requests a continuance of the March 2, 2007 Law & Motion date to a date when all parties are available to appear, March 9, 2007, and all relevant parties have agreed.

DATED: February 21, 2007

                                        Respectfully submitted,

                                        /s/ Elliot R. Peters

                                        Elliot R. Peters
                                        KEKER & VAN NEST
                                        710 Sansome Street
                                        San Francisco, CA 94111-1704
                                        Telephone: (415) 391-5400
                                        Facsimile: (415) 397-7188
                                        Attorney for Defendants
                                        ROMULUS S. PEREIRA
                                        ROBERT B. STANTON

---

[1] Although there were previously several more Motions to Strike on calendar, the parties have stipulated to withdraw all Motions to Strike.  The SEC and Defendant McFarland stipulated to withdraw the SEC's Motion to Strike on February 15, 2007, but that Stipulation has not yet been approved by the Court.  Thus, what remains on calendar are two Motions to Dismiss (that of Messrs. Pereira and Stanton, and that of Mr. Feldman) and one Motion to Strike (SEC's Motion to Strike Mr. McFarland's Affirmative Defenses).

STIPULATION TO CONTINUE HEARING DATE
CASE NO. 06-CV-06384 CRB

|   |   |
|---|---|
| 1 | |
| 2 | /s/ Leslie J. Hughes |
| 3 | Leslie J. Hughes<br>1801 California Street, Suite 1500<br>Denver, CO 80202-2656<br>Telephone (303) 844-1000<br>Facsimile (303) 844-1068<br>Attorney for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION |

/s/ Leslie J. Hughes

Leslie J. Hughes
1801 California Street, Suite 1500
Denver, CO 80202-2656
Telephone (303) 844-1000
Facsimile (303) 844-1068
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ Robert W. Perrin

Robert W. Perrin
LATHAM & WATKINS
633 West Fifth, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Fax: (213) 891-8763
Attorney for Defendant
ANDREW FELDMAN

/s/ David Priebe

David Priebe
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
Attorney for Defendant
WILLIAM MCFARLAND

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

_____
The Honorable Charles R. Breyer
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007, I electronically filed the foregoing STIPULATION CONTINUING THE HEARING DATE ON MOTIONS TO DISMISS OF DEFENDANTS PEREIRA, STANTON, AND FELDMAN with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals at their e-mail addresses:

David Banie    david.banie@dlapiper.com, trina.walker@dlapiper.com

Angela Lucille Dunning    adunning@cooley.com,

Kara L. Erdodi    kara.erdodi@berliner.com, jwillson@berliner.com

William S. Freeman    freemanws@cooley.com, galancr@cooley.com

Leslie Hendrickson Hughes    hugheslj@sec.gov, pinkstonm@sec.gov

Terri Lea Lilley    terri.lilley@lw.com, kathryn.bowman@lw.com

Rachael E. Meny    rem@kvn.com, efiling@kvn.com; pal@kvn.com

Nicolas Morgan    nicolas.morgan@dlapiper.com, jette.brasher@dlapiper.com

Robert Ward Perrin    robert.perrin@lw.com, kathryn.bowman@lw.com

Elliot R. Peters    epeters@kvn.com, efiling@kvn.com; aap@kvn.com

David Priebe    david.priebe@dlapiper.com, stacy.murray@dlapiper.com

Lee Conan Robinson    robinsonlc@sec.gov

David J. Schindler    david.schindler@lw.com, terri.lilley@lw.com; kathryn.bowman@lw.com

Shana N. Stanton    sns@kvn.com, efiling@kvn.com; lhl@kvn.com; bdl@kvn.com

Neal J. Stephens    nstephens@cooley.com

Quyen Le Ta    qta@kvn.com, llind@kvn.com; efiling@kvn.com

Frank R. Ubhaus    fru@berliner.com, cep@berliner.com

Dated: February 21, 2007              /s/ Laura Lind
                                      Laura Lind