Nanci L. Clarence, SBN 122286
Kate Dyer, SBN 171891
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: (415) 749-1800
Facsimile:  (415) 749-1694
Email: nclarence@clarencedyer.com
          kdyer@clarencedyer.com

Attorneys for Defendant John Kern

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>ROMMULUS S. PEREIRA, ROBERT B. STANTON, L. JOHN KERN, ANDREW D. FELDMAN, WILLIAM F. MCFARLAND, LORI H. CORNMESSER,<br><br>         Defendant. | Case No.: 3:06-CV-06384 CRB<br><br>**DEFENDANT L. JOHN KERN'S JOINDER IN MOTION TO ENLARGE TIME TO FILE ANSWERS TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Courtroom: 8<br>Judge: The Honorable Charles R. Breyer |

   PLEASE TAKE NOTICE that defendant L. John Kern hereby joins in the Motion to Enlarge Time to File Answers to Plaintiff's Amended Complaint, filed by defendants Romulus S. Pereira and Robert B. Stanton.

   The hearing on this motion will be based on the pleadings and points and authorities filed by defendants Pereira and Stanton in support of their Motion to Enlarge Time.

   Wherefore, defendant Kern moves this Court for an order enlarging time to file his answer to Plaintiff's Amended complaint in the above-entitled action.

Dated: 05-08-07                          Respectfully submitted,
                                                    CLARENCE & DYER LLP

                                                    /s/: Nanci L. Clarence
                                                    NANCI L. CLARENCE
                                                    Attorneys for defendant L. John Kern

# PROOF OF SERVICE

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, CA 94109; I am employed in the City and County of San Francisco, California.

On May 8, 2007, I served a copy, with all exhibits, of the following document(s):

- **Defendant L. John Kern's Joinder in Motion to Enlarge Time to File Answers to Plaintiff's Amended Complaint**

To be served on the parties or attorneys in this action as follows:

(BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Clarence & Dyer LLP for the preparation and processing of documents in portable format (PDF) for emailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

**Attorneys for Plaintiff Securities and Exchange Commission**

| | |
|---|---|
| Lee Conan Robinson | robinsonlc@sec.gov |
| Leslie Hendrickson Hughes | hugheslj@sec.gov |

**Attorneys for Defendants Romulus Pereira and Robert Stanton**

| | |
|---|---|
| Elliot R. Peters | epeters@kvn.com |
| Quyen Le Ta | qta@kvn.com |
| Rachael E. Meny | rem@kvn.com |

**Attorneys for Defendant Robert Stanton**

| | |
|---|---|
| Neal J. Stephens | nstephens@cooley.com |
| Angela Lucille Dunning | adunning@cooley.com |
| William S. Freeman | freemanws@cooley.com |

**Attorneys for Defendant Andrew D. Feldman**

| | |
|---|---|
| David J. Schindler | david.schindler@lw.com |
| Robert Ward Perrin | robert.perrin@lw.com |
| Terri Lea Lilley | terri.lilley@lw.com |

**Attorneys for Defendant William F. McFarland**

1
2   David Priebe                                            david.priebe@dlapiper.com
3   David Banie                                             david.banie@dlapiper.com
4   Nicolas Morgan                                          nicolas.morgan@dlapiper.com

    **Attorneys for Defendant Lori H. Cornmesser**

5   Kara L. Erdodi                                          kara.erdodi@berliner.com
6   Frank R. Ubhaus                                         fru@berliner.com
7
8       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 8, 2007.
9
10                              /s/: Abbie Chin
                                ABBIE CHIN
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28