1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

    v.

 ROMULUS S. PEREIRA, et al.,

              Defendants.
_____/

No. C 06-06384 CRB

**ORDER**

      Having reviewed the motions submitted by the defendants, the SEC's opposition, and the agency's 84-page, 487-paragraph amended complaint, which sets forth seven causes of action based on numerous complex commercial transactions, the Court finds good cause to permit the defendants more than "thirteen business days" to file an answer.  (Pl.'s Opp. at 1.) The motions of Defendants Pereira, Stanton, Cornmesser, Kern, and Feldman for an enlargement of time are therefore GRANTED.  These defendants all shall file their replies not later than June 15, 2007.

      **IT IS SO ORDERED.**

Dated:  May 11, 2007

                           _____
                           CHARLES  R. BREYER
                           UNITED STATES DISTRICT JUDGE