LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov )
LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202-2656
Telephone:  (303) 844-1000
Fax: (303) 844-1068

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:06-CV-06384 CRB |
| Plaintiff, | **STIPULATION CONTINUING DATE TO RESPOND TO FIRST AMENDED COMPLAINT, AND PROPOSED ORDER** |
| PEREIRA, et al. | |
| Defendants. | Courtroom: 8 |
| | Judge:  Hon. Charles R. Breyer |

        Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Securities and Exchange

Commission, and Defendants Romulus Pereira, Robert Stanton, William McFarland, Andrew

Feldman, L. John Kern, and Lori Cornmesser stipulate that the Defendants may have until

August 24, 2007 to file answers or other responsive pleadings to the First Amended Complaint.

        As grounds for the request, the parties represent that the Plaintiff and the Defendants,

except Mr. Kern,[1] participated in mediation with the Honorable Fern Smith on June 8, 2007.

Defendants Pereira, Stanton, McFarland, and Cornmesser have made verbal offers of settlement,

which the parties will reduce to writing and submit to the Securities and Exchange Commission

---

[1]        Mr. Kern did not participate in mediation because he had negotiated a tentative settlement
with the SEC prior to the date of the mediation.

1  for consideration.  The process of reviewing the offers takes approximately eight weeks.

2  Plaintiff's counsel is continuing settlement discussions with defendants Feldman and Kern,

3  which may result in additional offers of settlement.    The defendants' answers are currently due

4  on June 15, 2007.  This stipulation seeks a second extension.  Granting the extension will save

5  the parties legal expenses, and will allow the Commission to consider the defendants' offers

6  before the answers are due.

7          Defendants Pereira and Stanton served interrogatories and requests for production of

8  documents upon the Plaintiff on May 25, 2007.  The SEC's responses are currently due on June

9  27, 2007.  The parties have agreed that the SEC's responses are not due until August 24, 2007.

10          The parties respectfully request that the Court grant the request to extend the time to file

11  answers or respond to the First Amended Complaint, and for the SEC to respond to the

12  Defendants' discovery requests to August 24, 2007.

13          DATED:  June 12, 2007

14                                        Respectfully submitted,

15

16                                        s/ Leslie J. Hughes

17                                        Leslie J. Hughes, Esq. (Colo. 15043)
                                         Attorney for Plaintiff

18                                        Securities and Exchange Commission
                                         1801 California Street, Suite 1500

19                                        Denver, CO  80202-2656
                                         Telephone (303) 844-1000

20                                        Fax        (303) 844-1068

21

22                                        By: s/  Quyen L. Ta

23                                        Quyen L.
                                         KEKER & VAN NEST

24                                        710 Sansome Street
                                         San Francisco, CA 94111-1704

25                                        Telephone: (415) 391-5400
                                         Facsimile:  (415) 397-7188

26

27                                        Attorneys for Defendants
                                         ROMULUS S. PEREIRA

28                                        ROBERT B. STANTON

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  s/ David J. Schindler

David J. Schindler
Robert W. Perrin
LATHAM & WATKINS
633 West Fifth, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Fax: (213) 891-8763
Attorneys for Defendant
ANDREW FELDMAN


By:  s/ Kara L. Erdodi

Kara L. Erdodi, Esq.
BERLINER COHEN
FRANK R. UBHAUS (CA Bar No. 46085)
KARA L. ERDODI (CA Bar No. 221093)
Ten Almaden Boulevard, Eleventh Floor
San Jose, CA 95113-2233
Telephone: (408) 286-5800
Fax: (408) 998-5388
Attorneys for Defendant
LORI H. CORNMESSER


By:  s/ David Priebe

David Priebe, Esq. (CA Bar No. 148679)
David Banie (CA Bar No. 217924)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2215
Telephone: (650) 833-2000
Fax: (650) 833-2001
Attorneys for Defendant
WILLIAM MCFARLAND

3

Stipulation Changing Hearing Date on Pereira & Stanton Motion to Dismiss
Case No. 3:06-CV-06384 CRB

1       By:  s/ Kate Dyer

2       Nanci L. Clarence, SBN 122286
        Kate Dyer, SBN 171891
3       CLARENCE & Dyer LLP
        889 Ellis Street
4       San Francisco, CA  94109-7807

5
        Telephone: (415) 749-1800
6       Fax: (415) 749-1694
        Attorneys for Defendant
7       L. JOHN KERN

8

9

10      PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12

13

14      _____

15      Charles R. Breyer
        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Changing Hearing Date on Pereira & Stanton Motion to Dismiss
Case No. 3:06-CV-06384 CRB

CERTIFICATE OF SERVICE

I hereby declare, under penalty of perjury under the laws of the State of Colorado, that on June 12, 2007, I electronically filed the foregoing STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND PROPOSED ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals at their e-mail addresses:

| | |
|---|---|
| David Banie | david.banie@dlapiper.com, trina.walker@dlapiper.com |
| Nanci L. Clarence | nclarence@clarencedyer.com |
| Kate Dyer | kdyer@clarencedyer.com |
| Kara L. Erdodi | kara.erdodi@berliner.com |
| Terri Lilley | Terri.lilley@lw.com |
| Rachael E. Meny | rem@kvn.com, efiling@kvn.com; pal@kvn.com |
| Nicolas Morgan | nicolas.morgan@dlapiper.com, jette.brasher@dlapiper.com |
| Elliot R. Peters | erp@kvn.com, efiling@kvn.com; aap@kvn.com |
| David Priebe | david.priebe@dlapiper.com, stacy.murray@dlapiper.com |
| Lee C. Robinson | robinsonlc@sec.gov |
| David J. Schindler | david.schindler@lw.com |
| Robert W. Perrin | Robert.perrin@lw.com |
| Quyen Le Ta | qta@kvn.com |
| Frank R. Ubhaus | fru@berliner.com, cep@berliner.com |

DATED:  June 12, 2007

s/ Leslie J. Hughes
Leslie J. Hughes

Stipulation Changing Hearing Date on Pereira & Stanton Motion to Dismiss
Case No. 3:06-CV-06384 CRB