LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov )
LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202-2656
Telephone:  (303) 844-1000
Fax: (303) 844-1068

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>PEREIRA, et al.<br><br>             Defendants. | Case No. 3:06-CV-06384 CRB<br><br>**STIPULATION CONTINUING DATE TO RESPOND TO FIRST AMENDED COMPLAINT, AND ~~PROPOSED~~ ORDER**<br><br>Courtroom: 8<br><br>Judge:  Hon. Charles R. Breyer |

   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Securities and Exchange Commission, and Defendants Romulus Pereira, Robert Stanton, William McFarland, Andrew Feldman, L. John Kern, and Lori Cornmesser stipulate that the Defendants may have until August 24, 2007 to file answers or other responsive pleadings to the First Amended Complaint.

   As grounds for the request, the parties represent that the Plaintiff and the Defendants, except Mr. Kern,[1] participated in mediation with the Honorable Fern Smith on June 8, 2007. Defendants Pereira, Stanton, McFarland, and Cornmesser have made verbal offers of settlement, which the parties will reduce to writing and submit to the Securities and Exchange Commission

---

[1]   Mr. Kern did not participate in mediation because he had negotiated a tentative settlement with the SEC prior to the date of the mediation.

Stipulation Extending Date to Answer
Case No. 06-CV-06384 CRB

1  for consideration.  The process of reviewing the offers takes approximately eight weeks.
2  Plaintiff's counsel is continuing settlement discussions with defendants Feldman and Kern,
3  which may result in additional offers of settlement.   The defendants' answers are currently due
4  on June 15, 2007.  This stipulation seeks a second extension.  Granting the extension will save
5  the parties legal expenses, and will allow the Commission to consider the defendants' offers
6  before the answers are due.
7         Defendants Pereira and Stanton served interrogatories and requests for production of
8  documents upon the Plaintiff on May 25, 2007.  The SEC's responses are currently due on June
9  27, 2007.  The parties have agreed that the SEC's responses are not due until August 24, 2007.
10        The parties respectfully request that the Court grant the request to extend the time to file
11  answers or respond to the First Amended Complaint, and for the SEC to respond to the
12  Defendants' discovery requests to August 24, 2007.
13        DATED:  June 12, 2007

14                                        Respectfully submitted,

16                                        s/ Leslie J. Hughes_____
                                          Leslie J. Hughes, Esq. (Colo. 15043)
17                                        Attorney for Plaintiff
                                          Securities and Exchange Commission
18                                        1801 California Street, Suite 1500
19                                        Denver, CO  80202-2656
                                          Telephone (303) 844-1000
20                                        Fax        (303) 844-1068

22                                        By: s/  Quyen L. Ta_____
                                          Quyen L.
23                                        KEKER & VAN NEST
24                                        710 Sansome Street
                                          San Francisco, CA 94111-1704
25                                        Telephone: (415) 391-5400
                                          Facsimile:  (415) 397-7188
26
27                                        Attorneys for Defendants
                                          ROMULUS S. PEREIRA
28                                        ROBERT B. STANTON

2
Stipulation Changing Hearing Date on Pereira & Stanton Motion to Dismiss
Case No. 3:06-CV-06384 CRB

| | |
|---|---|
| 1 | By: s/ David J. Schindler |
| 2 | David J. Schindler |
|   | Robert W. Perrin |
| 3 | LATHAM & WATKINS |
|   | 633 West Fifth, Suite 4000 |
| 4 | Los Angeles, CA 90071-2007 |
| 5 | Telephone: (213) 485-1234 |
|   | Fax: (213) 891-8763 |
| 6 | Attorneys for Defendant |
|   | ANDREW FELDMAN |
| 7 | |
| 8 | |
|   | By: s/ Kara L. Erdodi |
| 9 | Kara L. Erdodi, Esq. |
|   | BERLINER COHEN |
| 10 | FRANK R. UBHAUS (CA Bar No. 46085) |
| 11 | KARA L. ERDODI (CA Bar No. 221093) |
|   | Ten Almaden Boulevard, Eleventh Floor |
| 12 | San Jose, CA 95113-2233 |
|   | Telephone: (408) 286-5800 |
| 13 | Fax: (408) 998-5388 |
| 14 | Attorneys for Defendant |
|   | LORI H. CORNMESSER |
| 15 | |
| 16 | By: s/ David Priebe |
| 17 | David Priebe, Esq. (CA Bar No. 148679) |
|   | David Banie (CA Bar No. 217924) |
| 18 | DLA PIPER US LLP |
|   | 2000 University Avenue |
| 19 | East Palo Alto, CA 94303-2215 |
| 20 | Telephone: (650) 833-2000 |
|   | Fax: (650) 833-2001 |
| 21 | Attorneys for Defendant |
|   | WILLIAM MCFARLAND |
| 22 | |

3

Stipulation Changing Hearing Date on Pereira & Stanton Motion to Dismiss
Case No. 3:06-CV-06384 CRB

|   |   |
|---|---|
| 1 | By: s/ Kate Dyer |
| 2 | Nanci L. Clarence, SBN 122286 |
|   | Kate Dyer, SBN 171891 |
| 3 | CLARENCE & Dyer LLP |
|   | 889 Ellis Street |
| 4 | San Francisco, CA  94109-7807 |
| 5 |   |
|   | Telephone: (415) 749-1800 |
| 6 | Fax: (415) 749-1694 |
|   | Attorneys for Defendant |
| 7 | L. JOHN KERN |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

June 13, 2007

_____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*