1  LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov )
   LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )
2  Attorneys for Plaintiff
3  U.S. Securities and Exchange Commission
   1801 California Street, Suite 1500
4  Denver, Colorado 80202-2656
   Telephone:  (303) 844-1000
5  Fax: (303) 844-1068

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 SECURITIES AND EXCHANGE                     Case No. 3:06-CV-06384 CRB
   COMMISSION,                                 **STIPULATION CONTINUING**
12
                         Plaintiff,            **DATE TO RESPOND TO FIRST**
13
                                               **AMENDED COMPLAINT AND**
14
                                               **DISCOVERY REQUESTS,**
15
   PEREIRA, et al.                             **AND** ~~**PROPOSED**~~ **ORDER**
16
                         Defendants.           Courtroom: 8
17
                                               Judge:  Hon. Charles R. Breyer
18

19

20       Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Securities and Exchange

21 Commission ("Commission"), and Defendants Romulus Pereira, Robert Stanton, William

22 McFarland, Andrew Feldman, L. John Kern, and Lori Cornmesser stipulate that the Defendants

23 may have until December 21, 2007 to file answers or other responsive pleadings to the First

24 Amended Complaint.

25       As grounds for the request, the parties represent that the Plaintiff and the Defendants,

26 except Mr. Kern,[1] participated in mediation with the Honorable Fern Smith on June 8, 2007.

27 _____

28 [1]  Mr. Kern did not participate in mediation because he had negotiated a tentative settlement with the SEC prior to the date of the mediation.

Stipulation Extending Date to Answer
Case No. 06-CV-06384 CRB

1  Defendants Pereira, Stanton, McFarland, and Cornmesser have made verbal offers of settlement.
2  Defendants Pereira, Stanton and McFarland have now submitted written offers, which plaintiff's
3  counsel is submitting to the Commission for consideration.  Plaintiff's counsel is continuing
4  settlement discussions with defendants Feldman, Kern, and Cornmesser which may result in
5  them submitting written offers of settlement.  The Commission's process of reviewing the offers
6  that are submitted by the defendants takes approximately eight weeks.  The defendants' answers
7  are currently due on November 2, 2007.  This stipulation seeks a fourth extension.  Granting the
8  extension will save the parties legal expenses, and will allow the Commission to consider the
9  defendants' offers before the answers are due.

10       Defendants Pereira and Stanton served interrogatories and requests for production of
11  documents upon the Plaintiff on May 25, 2007.  The Commission's responses are currently due
12  on November 2, 2007.  In light of the offer of settlement, the parties have agreed that the
13  Commission's responses are not due until December 21, 2007.

14       The parties respectfully request that the Court grant the request to extend the time to file
15  answers or respond to the First Amended Complaint, and for the Commission to respond to the
16  Defendants' discovery requests to December 21, 2007.

17       DATED:  October 25, 2007

18                                              Respectfully submitted,

19

20                                              s/ Leslie J. Hughes

                                                Leslie J. Hughes, Esq. (Colo. 15043)
21                                              Attorney for Plaintiff
                                                Securities and Exchange Commission
22                                              1801 California Street, Suite 1500
23                                              Denver, CO  80202-2656
                                                Telephone (303) 844-1000
24                                              Fax        (303) 844-1068

25

26                                              By: s/ Quyen L. Ta

                                                Quyen L. Ta
27                                              KEKER & VAN NEST
28                                              710 Sansome Street

                                          2
Stipulation Extending Date to Answer
Case No. 06-CV-06384 CRB

San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
ROMULUS S. PEREIRA
ROBERT B. STANTON

By: s/ Terri Lilley
David J. Schindler
Robert W. Perrin
Terri Lilley
LATHAM & WATKINS
633 West Fifth, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Fax: (213) 891-8763

Attorneys for Defendant
ANDREW FELDMAN

By: s/ Kara L. Erdodi

Kara L. Erdodi, Esq.
BERLINER COHEN
FRANK R. UBHAUS (CA Bar No. 46085)
KARA L. ERDODI (CA Bar No. 221093)
Ten Almaden Boulevard, Eleventh Floor
San Jose, CA 95113-2233
Telephone: (408) 286-5800
Fax: (408) 998-5388

Attorneys for Defendant
LORI H. CORNMESSER

By: s/ David Priebe

David Priebe, Esq. (CA Bar No. 148679)
David Banie (CA Bar No. 217924)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Telephone: (650) 833-2000
Fax: (650) 833-2001
Attorneys for Defendant
WILLIAM MCFARLAND

By: s/ Nicole K. Howell

Nanci L. Clarence, SBN 122286
Nicole Howell
Kate Dyer, SBN 171891
CLARENCE & Dyer LLP
889 Ellis Street
San Francisco, CA  94109-7807
Telephone: (415) 749-1800
Fax: (415) 749-1694

Attorneys for Defendant
L. JOHN KERN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

October 26, 2007

_____
Charles R. Breyer
United States

IT IS SO ORDERED
Judge Charles R. Breyer

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

4

Stipulation Extending Date to Answer
Case No. 06-CV-06384 CRB

CERTIFICATE OF SERVICE

I hereby declare, under penalty of perjury under the laws of the State of Colorado, that on October 25, 2007, I electronically filed the foregoing STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND PROPOSED ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals at their e-mail addresses:

| | |
|---|---|
| David Banie | david.banie@dlapiper.com, trina.walker@dlapiper.com |
| Nanci L. Clarence | nclarence@clarencedyer.com |
| Kate Dyer | kdyer@clarencedyer.com |
| Kara L. Erdodi | kara.erdodi@berliner.com |
| Terri Lilley | Terri.lilley@lw.com |
| Rachael E. Meny | rem@kvn.com, efiling@kvn.com; pal@kvn.com |
| Nicolas Morgan | nicolas.morgan@dlapiper.com, jette.brasher@dlapiper.com |
| Elliot R. Peters | erp@kvn.com, efiling@kvn.com; aap@kvn.com |
| David Priebe | david.priebe@dlapiper.com, stacy.murray@dlapiper.com |
| Lee C. Robinson | robinsonlc@sec.gov |
| David J. Schindler | david.schindler@lw.com |
| Robert W. Perrin | Robert.perrin@lw.com |
| Quyen Le Ta | qta@kvn.com |
| Frank R. Ubhaus | fru@berliner.com, cep@berliner.com |

DATED: October 25, 2007

                                                                                                  <u>s/ Leslie J. Hughes</u>
                                                                                                  Leslie J. Hughes