LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov )
LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202-2656
Telephone: (303) 844-1000
Fax: (303) 844-1068

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>PEREIRA, et al.<br><br>Defendants. | Case No. 3:06-CV-06384 CRB<br><br>**STIPULATION CONTINUING DATE TO RESPOND TO FIRST AMENDED COMPLAINT FOR SOME DEFENDANTS AND PROPOSED ORDER**<br><br>Courtroom: 8<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Securities and Exchange Commission ("Commission"), and Defendants William McFarland, Andrew Feldman, L. John Kern, and Lori Cornmesser stipulate that the Defendants may have until March 28, 2008 to file answers or other responsive pleadings to the First Amended Complaint. Counsel for defendants Pereira and Stanton have <u>not</u> joined in this stipulation to extend the date by which the defendants must answer the First Amended Complaint because they have concerns about the delays of the plaintiff's attorneys in submitting their offers of settlement to the Commission for consideration. Plaintiff's counsel has conferred with counsel for Pereira and Stanton, but has not been able to resolve this issue to date.

Stipulation Extending Date to Answer
Case No. 06-CV-06384 CRB

As grounds for the requested extension, the undersigned parties represents that the Plaintiff and the Defendants, except Mr. Kern,[1] participated in mediation with the Honorable Fern Smith on June 8, 2007. Between August and November, 2007, Defendants Pereira, Stanton, McFarland, Kern, and Feldman submitted written offers, which plaintiff's counsel is submitting to the Commission for consideration. Plaintiff's counsel is continuing settlement discussions with defendant Cornmesser. Consideration of the offers submitted by defendants Kern and Feldman has been delayed by the consideration of the pleas they have entered in the parallel criminal case.

The Commission has not yet considered the settlement offers submitted by the defendants, which may resolve all the issues pending before this court. The Commission's process of reviewing the offers that are submitted by the defendants takes approximately eight weeks.

The defendants' answers to the First Amended Complaint are currently due on December 21, 2007. This stipulation seeks a fifth extension to March 28, 2008 to allow the Commission to consider the offers of settlement submitted by the defendants. Granting the extension will save the parties legal expenses, and will allow the Commission time to consider the defendants' offers before the answers are due. Although defendants Pereira and Stanton have not joined in this stipulation to extend the date by which the defendants must answer the First Amended Complaint, plaintiff requests that the extension to answer be granted as to all of the defendants.

I have conferred with the undersigned counsel for the defendants who stipulate to this extension.

---

[1] Mr. Kern did not participate in mediation because he had negotiated a tentative settlement with the SEC prior to the date of the mediation.

The undersigned parties respectfully request that the Court grant the request to extend the time for the defendants to file answers or respond to the First Amended Complaint to March 28, 2008.

DATED: December 19, 2007

Respectfully submitted,

s/ Leslie J. Hughes

Leslie J. Hughes, Esq. (Colo. 15043)
Attorney for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202-2656
Telephone (303) 844-1000    Fax (303) 844-1068

By: s/ Terri Lilley
David J. Schindler
Robert W. Perrin
Terri Lilley
LATHAM & WATKINS
633 West Fifth, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Fax: (213) 891-8763

Attorneys for Defendant
ANDREW FELDMAN

By: s/ Kara L. Erdodi

Kara L. Erdodi, Esq.
BERLINER COHEN
FRANK R. UBHAUS (CA Bar No. 46085)
KARA L. ERDODI (CA Bar No. 221093)
Ten Almaden Boulevard, Eleventh Floor
San Jose, CA 95113-2233
Telephone: (408) 286-5800
Fax: (408) 998-5388

Attorneys for Defendant
LORI H. CORNMESSER

By: s/ David Priebe

David Priebe, Esq. (CA Bar No. 148679)
David Banie (CA Bar No. 217924)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Telephone: (650) 833-2000
Fax: (650) 833-2001
Attorneys for Defendant
WILLIAM MCFARLAND


By: s/ Nicole K. Howell

Nanci L. Clarence, SBN 122286
Nicole Howell
Kate Dyer, SBN 171891
CLARENCE & Dyer LLP
889 Ellis Street
San Francisco, CA 94109-7807
Telephone: (415) 749-1800
Fax: (415) 749-1694

Attorneys for Defendant
L. JOHN KERN

PURSUANT TO STIPULATION, IT IS SO ORDERED

December 20, 2007        _____
                         Charles R. Breyer
                         United States District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

4

CERTIFICATE OF SERVICE

I hereby declare, under penalty of perjury under the laws of the State of Colorado, that on December 19, 2007, I electronically filed the foregoing STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND PROPOSED ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals at their e-mail addresses:

| | |
|---|---|
| David Banie | david.banie@dlapiper.com, trina.walker@dlapiper.com |
| Nanci L. Clarence | nclarence@clarencedyer.com |
| Kate Dyer | kdyer@clarencedyer.com |
| Kara L. Erdodi | kara.erdodi@berliner.com |
| Terri Lilley | Terri.lilley@lw.com |
| Rachael E. Meny | rem@kvn.com, efiling@kvn.com; pal@kvn.com |
| Nicolas Morgan | nicolas.morgan@dlapiper.com, jette.brasher@dlapiper.com |
| Elliot R. Peters | erp@kvn.com, efiling@kvn.com; aap@kvn.com |
| David Priebe | david.priebe@dlapiper.com, stacy.murray@dlapiper.com |
| Lee C. Robinson | robinsonlc@sec.gov |
| David J. Schindler | david.schindler@lw.com |
| Robert W. Perrin | Robert.perrin@lw.com |
| Quyen Le Ta | qta@kvn.com |
| Frank R. Ubhaus | fru@berliner.com, cep@berliner.com |

DATED: October 25, 2007

s/ Leslie J. Hughes<br>
Leslie J. Hughes