LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov )
LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202-2656
Telephone: (303) 844-1000
Fax: (303) 844-1068

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>   v.<br><br>PEREIRA, et al.<br><br>               Defendants | Case No. 3: 06-CV-6384 CRB<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S AMENDED MOTION TO EXTEND DATE TO RESPOND TO DISCOVERY FROM DEFENDANTS PEREIRA AND STANTON<br><br>Date: February 8, 2008<br>Time: 10:00 am<br>Courtroom: 8<br>Judge: Hon. Charles R. Breyer |

      The Court has reviewed plaintiff's, Securities and Exchange Commission's, Amended Motion to Extend Date to Respond to Discovery from Defendants Pereira and Stanton.

      For good cause shown, the Court hereby GRANTS the plaintiff's motion and the plaintiff's responses to defendants Pereira's and Stanton's interrogatories and documents requests shall be due the earlier of March 28, 2008, or thirty (30) days after defendants Pereira and Stanton file an answer to the plaintiff's first amended complaint.

//

IT IS SO ORDERED.

DATED: December 21, 2007

_____
Honorable Charles R. Breyer
United States District Court Judge