LESLIE J. HUGHES (CO Bar No. 15043) (hugheslj@sec.gov )
LEE C. ROBINSON (CO Bar No. 32734) (robinsonlc@sec.gov )
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202-2656
Telephone: (303) 844-1000
Fax: (303) 844-1068

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>PEREIRA, et al.<br><br>                Defendants. | Case No. 3: 06-CV-6384 CRB<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENTS AS TO DEFENDANTS ROMULUS S. PEREIRA, ROBERT B. STANTON, L. JOHN KERN, ANDREW D. FELDMAN, WILLIAM F. MCFARLAND, AND LORI H. CORNMESSER**<br><br>Date: April 11, 2008<br>Time: 10:00a.m.<br>Courtroom: 8<br>Judge: Hon. Charles R. Breyer |

PLEASE TAKE NOTICE that on April 11, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Charles R. Breyer, United States District Judge, in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, Plaintiff Securities and Exchange Commission ("SEC") will move and hereby does move pursuant to

Fed.R.Civ.P. 54 and 65 for entry of Orders of Permanent Injunction and Other Relief (each a "Final Judgment") against defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, William F. McFarland, and Lori H. Cornmesser (collectively, the "Defendants"). As grounds for the motion, the SEC states the following facts:

1. In the Consents attached hereto as Exhibits A through F, each of the Defendants waives service of the Summons and First Amended Complaint, and enters a general appearance.

2. Without admitting or denying the allegations of the First Amended Complaint, except to admit the Court's jurisdiction over him or her personally and over the subject matter of this action, each of the Defendants consents to entry of a permanent injunction enjoining him or her from violating the provisions listed in the First Amended Complaint that the SEC alleges he or she violated.

3. Defendant Romulus S. Pereira also consents to entry of an order requiring him to pay disgorgement of $375,000, plus a civil penalty in the amount of $75,000, for a total amount of $450,000, which he will pay within ten (10) business days of the date of the entry of the Final Judgment to the SEC. Mr. Pereira further consents to be barred for a period of five (5) years from acting as an officer and director of a public company.

4. Defendant Robert B. Stanton also consents to entry of an order requiring him to pay disgorgement of $175,000, plus a civil penalty in the amount of $75,000, for a total amount of $250,000, which he will pay within ten (10) business days of the date of the entry of the Final Judgment to the SEC. Mr. Stanton further consents to be barred for a period of five (5) years from acting as an officer and director of a public company.

5. Defendant L. John Kern also consents to entry of an order requiring him to pay disgorgement of $347,066, plus prejudgment interest thereon of $125,430, for a total amount of $472,496, which he will pay within ten (10) business days of the date of the entry of the Final Judgment to the SEC. Mr. Kern further consents to be barred for a period of five (5) years from acting as an officer and director of a public company.

6. Defendant Andrew D. Feldman also consents to entry of an order requiring him to pay disgorgement of $289,507, plus prejudgment interest thereon of $106,589, for a total amount

of $396,096, which he will pay within ten (10) business days of the date of the entry of the Final Judgment to the SEC.

7. Defendant William F. McFarland also consents to entry of an order requiring him to pay a civil penalty in the amount of $40,000, which he will pay within sixty (60) business days of the date of the entry of the Final Judgment to the SEC.

8. Defendant Lori H. Cornmesser also consents to entry of an order requiring her to pay disgorgement of $17,054, plus prejudgment interest thereon of $6,125, for a total amount of $23,179, which she will pay within ten (10) business days of the date of the entry of the Final Judgment to the SEC.

9. Each of the Defendants waives findings of fact and conclusions of law.

10. Proposed Orders of Permanent Injunction and Other Relief against the respective Defendants are attached hereto.

11. Entry of the Final Judgments will completely resolve this civil action.

There being no reason for delay, the SEC respectfully requests pursuant to Fed. R.Civ.P. 54(b) that the attached Final Judgments be entered.

Respectfully submitted, February 27, 2008.

Respectfully submitted,

s/Leslie J. Hughes_____
Leslie J. Hughes, Esq. (Colo. 15043)

s/Lee C. Robinson_____
Lee C. Robinson, Esq. (Colo. 32734)

Attorneys for Plaintiff SEC

# CERTIFICATE OF SERVICE

I, Lee C. Robinson, declare under penalty of perjury under the laws of the State of Colorado that on February 27, 2008, I electronically filed the Plaintiff's Unopposed Motion for Entry of Final Judgments As To Defendants Romulus S. Pereira, Robert B. Stanton, L. John Kern, Andrew D. Feldman, William F. McFarland, and Lori H. Cornmesser and Proposed Orders of Permanent Injunction and Other Relief with the Electronic Case Filing system which will send notification of such filing to the following attorneys for the parties at the email addresses listed below:

David Banie david.banie@dlapiper.com, trina.walker@dlapiper.com

Nanci L. Clarence nclarence@clarencedyer.com

Kate Dyer kdyer@clarencedyer.com

Kara L. Erdodi kara.erdodi@berliner.com

Terri Lilley Terri.lilley@lw.com

Rachael E. Meny rem@kvn.com, efiling@kvn.com; pal@kvn.com

Nicolas Morgan nicolas.morgan@dlapiper.com, jette.brasher@dlapiper.com

Elliot R. Peters erp@kvn.com, efiling@kvn.com; aap@kvn.com

David Priebe david.priebe@dlapiper.com, stacy.murray@dlapiper.com

Lee C. Robinson robinsonlc@sec.gov

David J. Schindler david.schindler@lw.com

Robert W. Perrin Robert.perrin@lw.com

Quyen Le Ta qta@kvn.com

Frank R. Ubhaus fru@berliner.com, cep@berliner.com

DATED: February 27, 2008

                                        s/ Lee C. Robinson_____
                                        Lee C. Robinson, Esq. (Colo. 32734)