IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ROMULUS S. PEREIRA,

    Defendant.

No. CV 06-06384 CRB,

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered pursuant to the Orders of Permanent Injunction and Other Relief against each defendant and in favor of the plaintiff.

Dated: March 24, 2008

Richard W. Wieking, Clerk

By:
Deputy Clerk